Name: Tommie Patterson
Address: 401 E 45th Ave #1, Anchorage, AK 99503
Telephone number: 907-245-3030

RECEIVED
APR 10 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

Tommie G Patterson
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Jamie Vanderver / Zack Shock,
Monica Liebig / Willams Chris Taylor
And Regal Entertainment,
(Enter full names of defendant(s) named on EEOC final decision. Do NOT use et al.)

Defendant(s).

Case No. 3:06-cv-00077 TMB
(To be supplied by Court)

**EMPLOYMENT DISCRIMINATION COMPLAINT**

1. **JURISDICTION**

   This action is brought pursuant to Title VII of the Civil Rights Act of 1964 as amended, for employment discrimination. Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e(5). Equitable and other relief are also sought under 42 U.S.C. § 2000e(5)(g). Jurisdiction is also based on 28 U.S.C. §§ 1331, 1343 and 42 U.S.C. §§ 1981 et seq.

2. **PARTIES**

   a. Name of plaintiff: Tommie Patterson ~~Torrance O'Bannon Parr~~

   Present mailing address: 401 E 45th Ave #1 ~~[crossed out]~~

   ~~Fireweed Theatre~~ Anchorage AK

   Phone: 245-3030

   b. Name of first defendant: Jamie Vanderver

   Present mailing address or business location: 601 E Fireweed Ln (Fireweed Theatre)

   Anchorage AK

   Phone: 907-566-3328

   c. Name of second defendant: Zack Shock / Monica Liebio Willams

   Present mailing address or business location: 3131 Muldoon Rd (Totem Theatre)

   Anchorage AK

   Phone: 907 566-3329

   d. Name of third defendant: Chris Taylor / Regal Entertainment

   Present mailing address or business location: 7132 Regal Lane

   Knoxville Tn 37918

   Phone: _____

   (Copy this blank page for additional defendants, if necessary, and label it 2A.)

3. **NATURE OF CASE**

   a. The address at which I sought employment or was employed by the defendant(s) is: Fireweed Theatre 601 E Fireweed Ln.

   Totem Theatre

b. The discriminatory acts occurred on or about ____/____/____
(month/day/year)

c. The acts complained of in this suit concern:

   i. ____ Failure to employ me

   ii. ✓ Termination of my employment

   iii. ____ Failure to promote me

   iv. ____ Demotion

   v. ____ Denial equal pay/work

   vi. ✓ Sexual harassment

   vii. ✓ General harassment

   viii. ✓ Other (Be specific; attach additional sheet if necessary):
   Racial Hate Discrimiation /
   Mail Tampering

d. Defendant's conduct is discriminatory with respect to the following:

   i. ✓ My race or color

   ii. ____ My religion

   iii. ✓ My sex

   iv. ✓ My national origin

   v. Other: _____

e. I filed a complaint with the Alaska State Commission for Human Rights

   on or about: ____/____/____ (month/day/year)

    f.    I filed charges with the Equal Employment Opportunity Commission (EEOC) regarding defendant(s) discriminatory conduct on or about:

        _4_ / _7_ / _06_ (month/day/year)

    g.    The EEOC sent a **"Notice of Right to Sue"*** which I received on or about: ___ / ___ / _____ (month/day/year). ***Please attach notice**.

The notice is attached to this complaint. ___ Yes _✓_ No

If not, why not: _Talked to John Alexander at EEOC said they couldn't help me. Made report over the phone_

    h.    I believe that the defendant(s) is/are still committing these acts against me:    _✓_ Yes ___ No

## 4. CAUSE OF ACTION

I allege that the defendant has discriminated against me as follows:

    a.    Count 1: _____

Supporting facts (Describe exactly what each defendant did or did not do. State the facts clearly and briefly, in your own words, without citing any legal authority.):

_See Attachment #1_

b.  Count 2:_____

Supporting facts (Describe exactly what each defendant did or did not do. State the facts clearly and briefly, in your own words, without citing any legal authority.):_____

_See Attachment_

## 5. INJURY

How have you been injured by the actions of the defendant(s)?

Loss of income emotional and physical abused.

## 6. REQUEST FOR RELIEF

I believe I am entitled to the following relief: Jamie Vandever/ Monica Liebig-Williams and Zack Shock 2 million each + Chris Taylor and Regal Entertainment 20 million

**WHEREFORE**, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorneys fees.

### DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above complaint, and that the information contained in the complaint is true and correct.

_Tatum G. Patterson_  
(Signature)

_4-10-06_  
(Date)