RECEIVED
APR 1 0 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

ATTACHMENT -----JAMIE VANDERVER –GM –FIREWEED THEATRE

GENERAL HARASSMENT;

FROM THE BEGINNING SHE SHOWED HER DISLIKE FOR ME BEING A BLACK BUSINESS IN FIREWEED THEATRE. BEFORE SHE EVEN GOT A CHANCE TO KNOW ME MY APPEARANCE AND THE WAY I DRESSED WAS BEING ATTACKED.

SHE REQUESTED ME TO GIVE HER ALL INVOICES FOR MAINTANCE WORK SO HTAT SHE COULD TURN THEM IN , BUT SHE ALWAYS MADE SURE THEY WERE LOST OR SHE FORGOT TO SEND THEM TO THE REGIONAL MANAGER ZACK SHOCK.

MS. VANDERVER ASKED ME TO POUR CONCRETE IN THE DRAINS IN THEATRES 2 THRU 7 TO PLUG THE DRAINS. I TOLD HER THE PROBLEM THIS WOULD CAUSE, SHE SAID TO PLUG THEM ANYWAY.BEFORE I DID THIS I TALKED TO ZACKAND HE TOLD ME THAT I WAS RIGHT AND WE LEFT THEM OPEN. MS. VANDERVER BECAME FURIOUS BECAUSE I WENT TO ZACK WITH THIS MATTER.SHE GOT UP IN MY FACE YELLING AND SPITTING ALL OVER ME THAT '' HER'' JANITORS DON'T GO OVER HER HEAD. SHE SAID YOUR NOBODY JUST A JANITOR.STATING OVER AND OVER I AM YOUR BOSS , WE CAN FIRE YOU ANY TIME WITHOUT ANY '' REASON''. AND FROM WERE I COME FROM WE STILL HAVE HOUSE ''BOYS''.

RACIAL HATE/ DISCRIMINATION

I NOTICED MS. VANDERVER ALWAYS BECAME AGGITATED WHENEVER

1

THERE WAS A GROUP OF BLACK KIDS AS WELL AS ADULTS ATTEND MOVIES AT FIREWEED TO HER AS THEM ''PEOPLE''THEY ARE SO LOUD AND NASTY.I WAS ASKED BY HER TO KEEP AN EYE ON THEM, EVEN WHEN THEY HAD SECURITY OFFICERS THERE.

EVERY BLACK EMPLOYEE THAT WORKED THERE HAS BEEN FIRED BY HER EVEN THE SECURITY GUARDS FOR ONE REASON OR ANOTHER.
MAIL TAMPERING;

ON 11/30/05 I WAS GIVEN THE CONTRACT FOR TOTEM THEATRE MS. VANDERVER FOUND THIS OUT, SHE BECOME VERY CONCERNED ABOUT HOW MUCH MONEY I WAS MAKINGBETWEEN THE TWO THEATRES AND THAT I COULDN'T CLEAN BOTHAND KEEP UP WITH THE MAINTANCE SHE KEPT ASKING ME HOW MUCH WAS I MAKING OVER AND OVER  AFTER I REFUSED TO TELL HER , SHE SAID SHE COULD FIND OUT REAL EASY.SHE OPENED ONE OF MY PERSONEL CHECKS IN AN ENVELOPE MAILED TO ME TO FIREWEED BY REGAL ENERTAINMENT, BECAUSE I WAS HAVING  A PROBLEM GETTING MY MAIL AT HOME.AT THE TIME.
TERMINATION OF EMPLOYMENT;

AFTER THAT SHE STATED THAT NONE OF 'HER' JANITORS HAD EVER MADE MORE MONEY THAN HER AND WHAT I WAS MAKING WAS CUTTING INTO HER 'BONUS'. I QUESTIONED HER ABOUT OPENING MY MAIL IN A PHONE CALL AND SHE STATED SHE DIDN'T GIVE A 'SHIT' WHAT I MADE.
SEXUAL HARASSMENT;

I HAVE SEEN HER CONSTANTLY WATCHING ME , I TRIED TO THINK

2

NOTHING OF IT UNTILL ASHE WALKED UP ON ME AND ASKED  DID I GET ALL THOSE MUSCLESFROM WORKING AT FIREWEED , ALL THE TIME SHE WAS TALKING TO ME SHE WAS RUNNING HER FINGERS THRU HER HAIR, I WAS WONDERING WHAT THAT WAS ALL ABOUT BUT TOLD HER NO I HAD WEIGHTS AT HOME AND WALKED AWAY.