RECEIVED
APR 10 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

ATTACHMENT------------MONICALIEBIG-WILLIAMS—GM—TOTEM THEATRE

GENERAL/RACIAL/DISCRIMINATION

AFTER I TOOK THE JOB AT TOTEM IT WASN'T NO MORE THAN A WEEK BEFORE THE RACIAL HATE BECAME OBVIOUS FROM THE USHERS AT TOTEM , WHEN I WALK IN THE THEATRE THEY SEE ME AND I OVERHEARD THEM SAY THE ''NIGGERS''HERE. I ASKED HIM WHAT DID YOU SAY HIS RESPONSE TO ME WAS NOTHING I DIDN'T MEAN THAT. HE WENT TO MONICA THE'GM' AND WHEN I CAME TO WORK THAT EVENING , I WAS RUDLY INFORMED THAT I DON'T EVER TALK TO HER USHERS AND THAT I COME TO HER. BY HER ACTIONS SHE WAS CONDONING THER RACIAL HATE TOWARDS ME.

THE USHERS STARTED CUTTING MY ELECTRICAL CORDS,BREAKING MY BROOMS AND PUTTING WATER IN MY VACCUMAND CREATING AN UNSAFE WORK ENVIROMENT.

1