RECEIVED
APR 1 0 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

ATTACHMENT------ZACK SHOCK—REGIONAL MANAGER REGAL THEATRE

ON 4/23/2004 I TOOK OVER THE CONTRACT FOR FIREWEED THEATRE. ALSO ITOOK THE MAINTANCE OF WHICH I WOULD TURN IN INVOICES FOR WORK DONE.THE MANAGER WOULD TURN THEM INTO THE REGIONAL MANAGER AS TIME WENT BY MY INVOICES WHERE NOT BEING PAID, I HAD TO WAIT FOR WEEKS AND SOMETIMES MONTHES TO GET PAID.I BEGAN TO INQUIRE ABOUT HOW LONG IT WAS TAKING. SO I CALLED ZACK CONCERNING THIS MATTER , AND HE RUDLY YELLED OVER THE PHONE TO STOP CALLING HIM.

  MY INVOICES WHERE HARDLY EVER PAID SO I CALLED REGALS MAIN OFFICE IN KNOXVILLE,TN.AND TALKED TO THE ACCOUNTANT WHO INFORMED ME THAT MR. SHOCK HADNT TURNED IN ANY INVOICES AFTER HE TOLD ME THAT HE HAD.I CALLED HIS BOSS.

  FOR THIS THE REASON GIVEN ME AND MY WIFE WAS BECAUSE OF THE PROBLEM ABOUT MS. VANDERVER OPENING MY MAIL AND ME CALLING HIS BOSS MR.SHOCK SAID THAT JANITORS JUST DON'T CALL THE MAIN OFFICE FOR ANY REASON I WAS GIVEN A 30 DAYS NOTICE THAT I WAS FIRED.

1