RECEIVED
APR 1 0 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

ATTACHMENT------CRIS TAYLOR AND REGAL ENTERTAINMENT

WHEN I CALLED MR. TAYLOR HE TOLD ME NOT TO CALL HIM AND TO TALK TO ZACK ABOUT ANY PROBLEMS I WAS HAVING.

1