# Municipality of Anchorage

P.O. Box 196650 • Anchorage, Alaska 99519-6650 • Telephone: (907) 343-4878 • Fax: (907) 343-4875   http://www.muni.org

*Mayor Mark Begich*

Mayor's Office of Equal Opportunity



April 10, 2006

RE: Patterson, Tommie

To Whom It May Concern:

    This is to certify that Tommie Patterson spoke with me at this office by telephone on Friday, April 7, 2006, regarding a problem he is currently experiencing. He was advised that since he is not a Municipal employee, to contact either the Anchorage Equal Rights Commission or the Alaska State Commission for Human Rights.

Sincerely,

JOHN L. ALEXANDER, Investigator
Mayor's Office of Equal Opportunity
JLA:jsm

*Community, Security, Prosperity*