AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Tommie G Patterson

V.

Zack Shock
Jamie Vanderver, Zack Shock
Monica Nebig/Williams/Chris Taylor
and Regal Entertainment

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:06-CV-00077 TMB

RECEIVED MAY 0 4 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA

TO: (Name and address of Defendant)

Zack Shock
Totem Theatre
3131 Muldoon Rd
Anch AK

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Tommie Patterson
401 E 45th Ave #1
Anch AK 99503

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**Ida Romack**
CLERK

(By) DEPUTY CLERK

DATE 4/10/06

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 5/4/06 |
| NAME OF SERVER (PRINT) Marion Patterson | TITLE | Wife of Plaintiff |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Certified Mail

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: Zack Shook

☐ Returned unexecuted: _____

☐ Other (specify): 4/12/06

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/11/06
           Date

Signature of Server: Marion Patterson

Address of Server: 401 E 45th Ave #1

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *[signature]*  ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name) Zachary Shock  C. Date of Delivery 4/12/06 |
| 1. Article Addressed to:<br>ZACK Shock<br>3131 Muldoon Rd<br>Anch, AK 99504 | D. Is delivery address different from item 1? ☐ Yes ☒ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2890 0002 8616 1079 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

ANCHORAGE, AK 99504   OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 0.87 | UNIT ID: 0507 |
| Certified Fee | 2.40 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.85 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KB1K6R |
| Total Postage & Fees | $ 5.12 | 04/11/06 |

Sent To: ZACK Shock
Street, Apt. No.; or PO Box No.: 3131 Muldoon Rd
City, State, ZIP+4: Anchorage AK 99504

PS Form 3800, June 2002   See Reverse for Instructions