AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ ALASKA

*RECEIVED MAY 04 2006 CLERK U.S. DISTRICT COURT ANCHORAGE ALASKA*

Tommie G. Patterson

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:06-cv-00077 TMB

Jamie Vanderver
Jamie Vanderver / Zack Shock
Monica Liebig Williams / Chris Taylor
And Regal Entertainment

TO: (Name and address of Defendant)

Jamie Vanderver
601 E Fireweed Ln. Fireweed Theatre
Anch AK

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Tommie Patterson
401 E 45th Ave #1
Anch AK 99503

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

IDA ROMACK
CLERK

(By) DEPUTY CLERK

DATE 4/10/06

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5/4/06 |
| NAME OF SERVER (PRINT) Marion Patterson | TITLE Wife of Plaintiff |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Jamie Vanderwer 601 E Fireweed Ln. Fireweed Theatre

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Certified Mail

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/15/06          Marion Patterson
              Date             Signature of Server

                               401 E 45th Ave #1
                               Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Scanlo_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Eldon Scanlan   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Jamie Vanderver<br>601 Fireweed Ln.<br>Anch. AK 99503 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>APR 15 2006<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |

2. Article Number (Transfer from service label): 7004 2890 0002 8616 1086

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

ANCHORAGE, AK 99503

| | | |
|---|---|---|
| Postage | $ 0.87 | UNIT ID: 0507 |
| Certified Fee | 2.40 | 4/15 |
| Return Receipt Fee (Endorsement Required) | 1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KB1K6R |
| Total Postage & Fees | $ 5.12 | 04/11/06 |

Sent To: Jamie Vanderver
Street, Apt. No.; or PO Box No.: 601 Fireweed Ln
City, State, ZIP+4: Anch AK 99503

PS Form 3800, June 2002    See Reverse for Instructions

7004 2890 0002 8616 1086