AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ ALASKA _____

RECEIVED MAY 04 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA

Tommie G. Patterson

V.

Monica Liebig Williams
—Jamie Vanderver / Zack Shoeit
Monica Liebig / Williams / Chris Taylor
And Regal Entertainment

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:06-CV-00077 TMB

TO: (Name and address of Defendant)

Monica Liebig Williams
c/o Totem Theatre
3131 Muldoon Rd
Anchorage, AK.

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Tommie Patterson
401 E 45th Ave #1
Anch AK 99503

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

IDA ROMACK                                   4/10/06
CLERK                                        DATE

_____PS_____
(By) DEPUTY CLERK


AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 5/4/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| MARION PATTERSON | Wife of Plaintiff |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 3131 Muldoon Road

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: Zackery Sheets

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/12/06           _Marion Patterson_
              Date                Signature of Server

                              401 East 45th Ave #1
                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Zachery Sheets  4/12/06 |
| 1. Article Addressed to:<br>Monica Hebig Williams<br>3131 Muldoon Rd<br>Anch AK 99504 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service) | 7004 2890 0002 8616 1109 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)