Name *Tommie G. Patterson*

Prison Number

Place of Confinement

Address  401 E 45th Ave Anch AK 99503

Telephone  907-245-3030

RECEIVED
MAY 1 7 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

Tommie G Patterson,

Plaintiff,

vs.

Jamie Vanderver, et al.,

Defendant(s).

Case No. 3:06-CV-00077 TMB

**MOTION**

to/for Extention of Time Answering Subpoena

I, Tommie G Patterson, proceeding without a lawyer, move to/for Ask the court for a 30 day extention of time under the following statute(s)/rule(s) (if known) _____

for the following reason(s): Plaintiff have received from the court an order for a status report pretaining for case scheduling and planning which have not been set up yet.

PS 15 (effective 8/05)

thereFORE. Plaintiff feels that he should comply with the court by doing so. Defendant have subpoena plaintiff to release all his documentation to them. But the court order was dated May 4th 2006 four days before the suppoena was served. Defendants counsel are not giving this case a chance to come before the court Therefore a status hearing should be granted to plaintiff

### Declaration Under Penalty of Perjury

I, __Tommie G Patterson__, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: __May 12 2006__, at __Anchorage Ak. 99503__.

_____
Signature

### Certificate of Service

I certify that, on __May 12 2006__ a copy of this motion
(Date of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on __Zackery Sheets / Jamie Vandever / Chris Tasfoy / ... / Judge Willcoxer__
(Opposing Party or Counsel)

at __Regal Cinemas / Totem Theatres / Fireweed Theatres / Knoxville Tn. / Anchorage / Anchorage__
(Address)
__7132 Regal Lane  3131 Muldoon  601 Fireweed__

_____
Signature

PS 15 (effective 8/05)         2         **MOTION**

**Receipt 1 (top-left):**
- KNOXVILLE, TN 37918
- Postage: $0.39
- Certified Fee: 2.40
- Return Receipt Fee: 1.85
- Total Postage & Fees: $4.64
- Postmark: MAY 12
- Clerk: JZPBNB
- Date: 05/12/06
- UNIT ID: 0507
- Article No: 7004 2890 0002 8607 2078
- Sent To: Chris Taylor
- Street: 7132 Regal Lane
- City: Knoxville TN 37918

**Receipt 2 (top-right):**
- ANCHORAGE, AK 99504
- Postage: $0.39
- Certified Fee: 2.40
- Return Receipt Fee: 1.85
- Total Postage & Fees: $4.64
- Postmark: MAY 12
- Clerk: JZPBNB
- Date: 05/12/06
- UNIT ID: 0507
- Article No: 7004 2890 0002 8607 5789
- Sent To: Zackey Sheets
- Street: 3131 Muldoon Rd
- City: Anch AK 99504

**Receipt 3 (middle-left):**
- KNOXVILLE, TN 37918
- Postage: $0.39
- Certified Fee: 2.40
- Return Receipt Fee: 1.85
- Total Postage & Fees: $4.64
- Postmark: MAY 12
- Clerk: JZPBNB
- Date: 05/12/06
- UNIT ID: 0507
- Sent To: Regal Cinemas
- Street: 7132 Regal Lane
- City: Knoxville TN 37918

**Receipt 4 (middle-right):**
- ANCHORAGE, AK 99503
- Postage: $0.39
- Certified Fee: 2.40
- Return Receipt Fee: 1.85
- Total Postage & Fees: $4.64
- Postmark: MAY 12
- Clerk: JZPBNB
- Date: 05/12/06
- UNIT ID: 0507
- Article No: 7004 2890 0002 8607 5789
- Sent To: Randell G Simpson
- Street: 3000 A St Suite 300
- City: Anch AK 99503

**Receipt 5 (bottom-left):**
- ANCHORAGE, AK 99504
- Postage: $0.39
- Certified Fee: 2.40
- Return Receipt Fee: 1.85
- Total Postage & Fees: $4.64
- Postmark: MAY 12
- Clerk: JZPBNB
- Date: 05/12/06
- UNIT ID: 0507
- Article No: 7004 2890 0002 8607 5785
- Sent To: Monika Liebig Williams
- Street: 3131 Muldoon Rd
- City: Anch AK 99504

**Receipt 6 (bottom-right):**
- ANCHORAGE, AK 99503
- Postage: $0.39
- Certified Fee: 2.40
- Return Receipt Fee: 1.85
- Total Postage & Fees: $4.64
- Postmark: MAY 12
- Clerk: JZPBNB
- Date: 05/12/06
- UNIT ID: 0507
- Article No: 7004 2890 0002 8607 5796
- Sent To: Jamie Vandiver
- Street: 661 Fireweed Ln
- City: Anch AK 99503