Randall G. Simpson
AK Bar No. 7710166
3000 A Street, Suite 300
Anchorage, Alaska  99503
Telephone (907) 563-8844

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TOMMIE G. PATTERSON,<br><br>    Plaintiff,<br><br>  vs.<br><br>JAMIE VANDERVER, ZACK SHOCK, MONICA LIEBIG/WILLIAMS, CHRIS TAYLOR AND REGAL ENTERTAINMENT,<br><br>    Defendants. | Case No. A06-0077 CV (TMB) |

**OPPOSITION TO THE MOTION FOR EXTENSION OF TIME**

In its Initial Case Status Report / Case Scheduling & Planning Order, the Court required the parties to meet "within 21 days from the service of the Order." The Order was served May 4, 2006. As a result, the planning meeting between Plaintiff and defense counsel must be held on or before May 25, 2006. Counsel intended to meet with Mr. Patterson on the 24th or 25th of May and scheduled his deposition on May 30, 2006. By his motion, Plaintiff does not understand that in matters before the Court discovery and turning over of documents is what parties do. The deposition for subpoena for documents was served on Plaintiff only with the intent to obtain from him all necessary

documents he has to proceed with the case.  Therefore, the Motion for Extension of Time in Answering Subpoena should be denied.

   DATED this 16th day of May, 2006.

             JERMAIN, DUNNAGAN & OWENS, P.C.
             Attorneys for Defendants

           By: */s/Randall Simpson*
             Randall G. Simpson
             Alaska Bar No.7710166

**CERTIFICATE OF SERVICE**

This is to certify that on this 16th day of
May, 2006, a true and correct copy
of the foregoing was mailed first class to:

Tommie Patterson
401 E. 45th Avenue #1
Anchorage, Alaska 99503

*/s/Katie Kadarauch*
Katie Kadarauch

OPPOSITION TO THE MOTION FOR EXTENSION OF TIME
*Patterson v. Shock, et al..*
Case No. A06-0077 CV                  Page 2 of 2