Randall G. Simpson
AK Bar No. 7710166
3000 A Street, Suite 300
Anchorage, Alaska 99503
Telephone (907) 563-8844

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TOMMIE G. PATTERSON,<br><br>   Plaintiff,<br><br>vs.<br><br>JAMIE VANDERVER, ZACK SHOCK, MONICA LIEBIG/WILLIAMS, CHRIS TAYLOR AND REGAL ENTERTAINMENT,<br><br>   Defendants. | Case No. A06-0077 CV (TMB) |

**ORDER**

  The Court, having reviewed Plaintiff's Motion for Extension of Time and

Defendants' Opposition thereto, hereby ORDERS

  That the Motion for Extension of Time is DENIED.


DATED:_____     _____
                 U.S. DISTRICT COURT JUDGE