Randall G. Simpson
JERMAIN, DUNNAGAN & OWENS, LLC
3000 A Street, Suite 300
Anchorage, AK 99503
907-563-8844
907-563-7322 (fax)
rsimpson@jdolaw.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| TOMMIE G. PATTERSON, | |
|---|---|
| Plaintiff, | |
| vs. | Case No. A06-0077 CV (TMB) |
| JAMIE VANDERVER, ZACK SHOCK, MONICA LIEBIG/WILLIAMS, CHRIS TAYLOR AND REGAL ENTERTAINMENT, | |
| Defendants. | |

**STIPULATION TO RESCHEDULE VIDEO DEPOSITION**

To resolve the dispute over plaintiff's pending motion to extend time for the deposition of plaintiff, the parties hereby stipulate and agree to reschedule the Deposition previously set for Tuesday, May 30, 2006 at 1:00 p.m.  The video deposition of Tommie Patterson will be taken on behalf of Defendants on June 30, 2006, beginning at the hour of 1:00 p.m. at the offices of Jermain, Dunnagan & Owens, P.C., 3000 A Street, Suite 300, Anchorage, Alaska, 99503 before a Notary Public authorized to administer oaths.  The deposition will continue from day to day until completed.

|  |  |
|---|---|
|  | TOMMIE G. PATTERSON, PRO PER<br>Plaintiff |
| Dated:  5/30/06 | */s/* Tommie G. Paterson<br>Tommie G. Patterson |
|  | JERMAIN, DUNNAGAN & OWENS, P.C.<br>Attorneys for Defendants |
| Dated:  5/30/06              By: | */s/* Randall G. Simpson<br>Randall G. Simpson<br>JERMAIN, DUNNAGAN & OWENS<br>3000 A Street, Suite 300<br>Anchorage, AK  99503<br>Phone (907) 563-8844<br>Fax (907) 563-7322<br>Alaska Bar No. 7710166 |

STIPULATION TO RESCHEDULE VIDEO DEPOSITION
*Patterson v. Jamie Vanderver, et al.*
Case No. A06-0077 CV (TMB)                                                                                          Page 2 of 2