TOMMIE PATTERSON
401 EAST 45TH. AVENUE #1
ANCHORAGE,AK.99503

RECEIVED
JUL 0 3 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

TOMMIE PATTERSON
    PLAINTIFF

CASE NO.A06-9977 0077 CV  (TMB)

VS,

JAMIE VANDIVER,ZACHERY SHEETS,
MONLKA LIEBIG WILLIAMS,CHRIS
TAYLOR AND REGAL CINEMAS INC.
        DEFENDANTS.

MOTION TO SCHEDULE VIDEO DEPOSITION OF DEFENDANTS

COMES NOW PLAINTIFF BY WAY OF MOTION ASKING THIS COURT TO

GRANT HIM THE SAME OPPORTUNITY GIVEN THE DEFENDANTS, FOR

A VIDEO DEPOSITION BY JAMIE VANDIVER.ZACHERY SHEETS AND

MONIKA LIEBIG  WILLIAMS.  AND A WRITTEN DEPOSITION BY CHRIS

TAYLOR.

                    RESPECTFULLY SUBMITTED
                       2006-06-28
                    TOMMIE PATTERSON

I certify that a true copy
Of the above document
Was hand delivered to
Defendants attorney
Randall g. simpson at
3000 a street, suite 300
Anchorage ak. 99503