

TOMMIE PATTERSON
401 EAST 45TH.AVENUE#1
ANCHORAGE,AK.99503

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

TOMMIE PATTERSON
    PLAINTIFF,                           CASE NO. 3;06-CV-00077 (tmb)

JAMIE VANDIVER, ET,AL.
    DEFENDANTS.

MOTION FOR EXTENTION OF TIME FILING DISCOVERY

NOW COMES PLAINTIFF BY WAY OF MOTION ASKING THIS COURT

FOR AN EXTENTION OF TIME ON FILING DISCOVERY, DUE DATE 7/18/2006

TO OPTAIN THE DEPOSITIONS OF DEFENDANTS,JAMIE VANDIVER,MONICA

LIEBIG WILLIAMS,ZACKERY SHEETS AND CHRIS TAYLOR..

RESPECTFULLY SUBMITTED

7/05/2006

TOMMIE PATTERSON

*[signature: Tommie Patterson]*

I certfy that a true copy of
This document was hand
Served to randall simpson
3000 a street suite 300
Anchorage , ak. 99503
 7/5/2006