Randall G. Simpson
JERMAIN, DUNNAGAN & OWENS, LLC
3000 A Street, Suite 300
Anchorage, AK 99503
907-563-8844
907-563-7322 (fax)
rsimpson@jdolaw.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TOMMIE G. PATTERSON,<br><br>   Plaintiff,<br><br>vs.<br><br>JAMIE VANDERVER, ZACK SHOCK, MONICA LIEBIG/WILLIAMS, CHRIS TAYLOR AND REGAL ENTERTAINMENT,<br><br>   Defendants. | Case No. A06-0077 CV (TMB) |

**STIPULATION FOR EXTENSION OF TIME FOR RULE 26 REPORT**

COMES NOW Plaintiff Tommie Patterson and all named Defendants and hereby stipulate to extension of time to file and exchange Rule 26 disclosure and discovery until August 30, 2006.

{00126894 }

|  |  |
|---|---|
|  | TOMMIE G. PATTERSON, PRO PER<br>Plaintiff |
| Dated:  7/6/06 | */s/* Tommie G. Paterson<br>Tommie G. Patterson |
|  | JERMAIN, DUNNAGAN & OWENS, P.C.<br>Attorneys for Defendants |
| Dated:  7/6/06          By: | */s/* Randall G. Simpson<br>Randall G. Simpson<br>JERMAIN, DUNNAGAN & OWENS<br>3000 A Street, Suite 300<br>Anchorage, AK  99503<br>Phone (907) 563-8844<br>Fax (907) 563-7322<br>Alaska Bar No. 7710166 |