Randall G. Simpson
JERMAIN, DUNNAGAN & OWENS, LLC
3000 A Street, Suite 300
Anchorage, AK 99503
907-563-8844
907-563-7322 (fax)
rsimpson@jdolaw.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TOMMIE G. PATTERSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JAMIE VANDERVER, ZACK SHOCK, MONICA LIEBIG/WILLIAMS, CHRIS TAYLOR AND REGAL ENTERTAINMENT,<br><br>　　　　Defendants. | Case No. A06-0077 CV (TMB) |

**MOTION FOR SUMMARY JUDGMENT AND DISMISSAL OF ALL CLAIMS BROUGHT BY PLAINTIFF TOMMIE G. PATTERSON**

Regal Cinemas, by and through their counsel, Jermain, Dunnagan & Owens, and joined in by all named individual Defendants, respectfully move the Court for an order granting summary judgment and dismissal of Plaintiff's claims in the above-captioned matter. There are no genuine issues as to any material fact in regard to procedural failure to state a claim and federal question jurisdiction issues and Defendants are therefore

{00127216 }

entitled to dismissal as a matter of law. The motion is supported by the attached Memorandum of law.

JERMAIN, DUNNAGAN & OWENS, P.C.
Attorneys for Defendants

Dated: 7/18/06     By:  /s/ Randall G. Simpson
                        Randall G. Simpson
                        JERMAIN, DUNNAGAN & OWENS
                        3000 A Street, Suite 300
                        Anchorage, AK  99503
                        Phone (907) 563-8844
                        Fax (907) 563-7322
                        Alaska Bar No. 7710166

**CERTIFICATE OF SERVICE**

This is to certify that on this 18th day of
July, 2006, a true and correct copy
of the foregoing was mailed first class to:

Tommie Patterson
401 E. 45th Avenue #1
Anchorage, Alaska 99503

/s/Randall G. Simpson
RANDALL G. SIMPSON