Randall G. Simpson
JERMAIN, DUNNAGAN & OWENS, LLC
3000 A Street, Suite 300
Anchorage, AK 99503
907-563-8844
907-563-7322 (fax)
rsimpson@jdolaw.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TOMMIE G. PATTERSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAMIE VANDERVER, ZACK SHOCK, MONICA LIEBIG/WILLIAMS, CHRIS TAYLOR AND REGAL ENTERTAINMENT,<br><br>　　　　Defendants. | Case No. A06-0077 CV (TMB) |

**PROPOSED ORDER DISMISSING CLAIMS**

Defendants have moved for dismissal of all claims, and the court being fully apprised,

IT IS ORDERD that the above-captioned Complaint is dismissed.

_____
U.S. DISTRICT COURT JUDGE

{00127432 }

**CERTIFICATE OF SERVICE**

This is to certify that on this 18th day of
July, 2006, a true and correct copy
of the foregoing was mailed first class to:

Tommie Patterson
401 E. 45th Avenue #1
Anchorage, Alaska 99503

*/s/Randall G. Simpson*
RANDALL G. SIMPSON

{00127432 }