Tommie Patterson

```
 1    about it.  And the court tells me to go to them, I made
 2    all the attempts to get the right to sue from the
 3    organization they sent me to, then the next step is
 4    saying well -- and I guess the court is saying it, too,
 5    that I made the effort to get the right to sue.  And if
 6    there's a constitutional violation, a violation of my
 7    constitutional right, I have a right to sue.
 8         Q.   Well, you've left this blank.  And I guess what
 9    I'm asking, Mr. Patterson, is that because you don't have
10    a document that says notice of right to sue?
11         A.   That's right.
12         Q.   You don't have that?
13         A.   That's why I left it blank.
14         Q.   Okay.  So you left it blank?
15         A.   Yeah.
16         Q.   All you have gotten is the letter from the
17    State Human Right Commission, Exhibit 2, and the letter
18    from Mr. Alexander from the Municipality of Anchorage,
19    Exhibit 3.
20         A.   Right.
21         Q.   There are no other documents that you have or
22    know of from any other agency?
23         A.   Not that I know of.
24         Q.   Okay.
25         A.   You know, I try to think -- I try to think and
```

Tommie Patterson

```
1      Q.   So who did you contact on April 7, 2006?
2   Because that's in your complaint, too.
3      A.   I think Mr. Alexander.
4      Q.   Mr. Alexander?
5      A.   Uh-huh, Mr. Alexander.
6      Q.   And when you contacted Mr. Alexander on
7   April 7, 2006 -- that's on Paragraph 3F of your
8   complaint -- it says 4-7-06, did you file something in
9   writing with Mr. Alexander on April 7, 2006?
10     A.   Well, Mr. Alexander say I didn't need to file
11  nothing.
12     Q.   So you didn't?
13     A.   I didn't need to file nothing.
14     Q.   Okay.
15     A.   Because there ain't nothing they can do for me
16  no way.
17     Q.   Okay.  All right.
18          (Exhibit 4 marked.)
19          MR. SIMPSON:  Let's mark this Exhibit 4.
20  BY MR. SIMPSON:
21     Q.   Okay.  I've shown you what's been marked as
22  Exhibit 4.  It's a recurring vendor form Number 1, Regal
23  Entertainment Group.  Is that your handwriting on that or
24  Mr. Sheets, or do you know?
25     A.   At the bottom here?
```

Tommie Patterson

```
1       Q.   On the second page.
2       A.   That's mine on the bottom there.
3       Q.   And that's Tommie Patterson, Hands On, owner.
4  Do you see that?
5       A.   That's mine at the bottom here.
6       Q.   So that's your signature and your
7  writing saying -- printed name Hands On; title, owner;
8  date, 11-30-2005; that's all your handwriting?
9       A.   Right.
10      Q.   And is this how you submitted an invoice to be
11 paid?
12      A.   No.  Like this?
13      Q.   Yes.
14      A.   No, I don't.  No, I don't.
15      Q.   At the top it says Regal Cinema and Group
16 agreement for payment, Regal Cinema's United Artist
17 Company agrees to pay Tommie Patterson, d/b/a Hands On
18 Janitorial vendor the amount of $692.31 at a weekly
19 interval.  Is that the amount that you were paid on a
20 weekly basis?
21      A.   Yeah.
22      Q.   Right there?
23      A.   Yeah.
24      Q.   That's the agreement that you had with Regal
25 Entertainment?
```

Tommie Patterson

```
1       A.   That's the first time I seen this, but this is
2   the agreement.
3       Q.   When you signed it you saw it?  Is that your
4   signature?
5       A.   Yeah, that's my signature.
6       Q.   You had to see it when you signed it, didn't
7   you?
8       A.   Yeah, I seen it.  But you know something else,
9   they didn't give me a copy of this.  I never got a copy
10  of this.
11      Q.   Okay.  Well, I'll give you a copy after the
12  hearing here.
13           What I'm getting at is the amount of weekly
14  payment, $692.31?
15      A.   Yeah, that's correct.  That's correct.
16      Q.   That's correct.  And that's what you signed as
17  far as vendor with Regal Entertainment Group?
18      A.   Yeah.  I asked them for a copy of this and they
19  never did give them to me.  Ain't that a trip?  Just
20  recently, too, I asked them for it.
21      Q.   Well, like I said, we can give you a copy after
22  the hearing.
23           And as far as -- let's mark this is Exhibit 5.
24           (Exhibit 5 marked.)
25  BY MR. SIMPSON:
```

Tommie Patterson

```
1    them in, like this right here (indicating).
2         Q.   And that would be your maintenance?
3         A.   That would be on the maintenance.
4         Q.   In addition to the weekly?
5         A.   In addition to the weekly, yeah.
6         Q.   And that would be as you noted here change
7    bulbs?
8         A.   Yeah.
9         Q.   Make -- upholster seats?
10        A.   Upholster, yeah.
11        Q.   Other additional work that you did?
12        A.   Yeah.  And then if I did --
13        Q.   Glue wallpaper?
14        A.   Yeah, yeah.
15        Q.   And when you make those sheets out, is that
16   just your time and labor or also cost?
17        A.   That's my time and labor.  That's my time and
18   labor.
19        Q.   Not costs?
20        A.   Not costs.  That's my time and labor right
21   there.
22        Q.   Okay.
23        A.   Because nobody else would get up there and do
24   it.  They was scared.
25        Q.   And were you specifically asked to change the
```

Tommie Patterson

1  light bulbs?
2      A.    Yeah, yeah. Mr. Sheets told me that a lot of
3  them guys didn't like getting up on top of that ladder.
4  That ladder be like -- I go up there and change light
5  bulbs on top of the theater one where the bulbs at, they
6  set some flat things up top. It just ain't nowhere to
7  stand. They got boards where you walk across like a cat.
8  And if just stand and look down at the floor, (makes
9  sound) a lot of them guys scared to get up there.
10     Q.    But that wasn't part of your service agreement.
11 That was something that you did in addition?
12     A.    That was something that I did with the
13 maintenance, yes. That was added stuff to the
14 maintenance.
15     Q.    Would it be that you'd see a bulb was burned
16 out and you would, on your own, go up and change it?
17     A.    Yeah, yeah, because if -- say we got what you
18 call usher lights. Okay. Them big lights in the corner,
19 them the lights that control to do the cleaning. If one
20 of them bulb blow out, sometimes it take months for them
21 guys to change them. So to keep from doing that me and
22 Mr. Sheets made a deal. I'd go up and change the lights
23 and he would just pay me for them. So that's what that
24 was all about.
25     Q.    How about the upholstery -- repairing the

Tommie Patterson

```
1    upholstery on the seats?
2         A.   We made a deal to do that, too.  I did that,
3    too.
4         Q.   And you would decide when they needed to be
5    repaired?
6         A.   I repaired them when they were tore.  If they
7    tore up -- if they tore up real bad I would clean them.
8         Q.   I'm getting this.  Who decided?  Would you
9    decide or would Mr. Sheets decide?
10        A.   I decide.
11        Q.   You decide?
12        A.   I decide.
13        Q.   And then how about in the Fireweed, did you
14   change -- do maintenance and change bulbs?
15        A.   I didn't do maintenance in Totem.  I did only
16   maintenance in Fireweed.
17        Q.   Only in Fireweed?
18        A.   Only in Fireweed.  I didn't do no maintenance
19   in Totem.  I only did maintenance --
20        Q.   So the only bulb changing, upholstery was in
21   Fireweed?
22        A.   Fireweed.  None at Totem.
23        Q.   And that was determined by you and Mr. Sheets?
24        A.   Me and Mr. Sheets, yeah.
25        Q.   And he said if you see a bulb out, you would
```

EXHIBIT A
Page 32 of 36

Tommie Patterson

```
 1   decide to change the bulb?
 2        A.    I would fix it, yeah.
 3        Q.    And you decided when to fix the upholstery?
 4        A.    (Nods affirmatively.)
 5        Q.    How about anything else.  What other kinds of
 6   maintenance?
 7        A.    Like seats -- them seats be broken, leaning
 8   back and stuff.  I bolted all those down -- like all the
 9   gum and stuff, that's a janitorial -- that's a janitor's
10   job.
11        Q.    I want to talk about maintenance.  What would
12   you do that was maintenance?
13        A.    I would bolt seats down.  I would buy my own
14   bolts and bring them in there -- they give me petty cash
15   for those though -- bolt all the seats down.  If an arm
16   is off the seat I would change it.  I would screw it up
17   out the floor, take it up and put another thing down.  I
18   would take the cushion -- the cushion down.  I would take
19   and reupholster the cushion.  If the seat is broken I
20   would take that seat out, put another seat in there and
21   upholster it.  I did stuff like that.
22              Whatever I seen, like plaster and wallpaper and
23   all that stuff, whatever I seen around that needed
24   fixing, I would do it.  I'm kind of like they would say a
25   handyman.
```

Tommie Patterson

```
1      Q.   And then you would submit the invoice?
2      A.   The invoice to Mr. Sheets and he would turn
3   them to the office.
4      Q.   Okay.  Now, when you said there were late
5   payments, was it late payment on the maintenance or late
6   payment on your weekly service?
7      A.   Late payment on my maintenance.
8      Q.   Okay.  So your service payment, you were
9   getting that regularly?
10     A.   I was getting that regularly, yeah.
11     Q.   But he wasn't getting the --
12     A.   The maintenance is what I wasn't getting.
13     Q.   And you talked to Mr. Taylor about that?
14     A.   Yeah, that's what I was talking about.  I
15  didn't say nothing about my weekly pay until my checks
16  started coming up -- wasn't getting to me.  That's the
17  only time I said something about that.  And I don't think
18  I said that to Mr. Taylor, I said about the maintenance.
19  I didn't say nothing to him about money.  Because he said
20  that -- from what Mr. Taylor told me is that my
21  maintenance check should have been put in automatically
22  too.  Do you see what I'm saying?  They should have been
23  coming to me automatically like my weekly check was.
24     Q.   But it required the invoice with the
25  identification of number of bulbs?
```

Tommie Patterson

```
1       A.    Yeah.
2       Q.    And number of upholstery chairs.  Those
3   invoices had to go back to Tennessee?
4       A.    Yes.
5       Q.    And there was some delay?
6       A.    Yeah.
7             MR. SIMPSON:  Let's mark --
8             (Exhibit 7 marked.)
9   BY MR. SIMPSON:
10      Q.    Mr. Patterson, I'm showing you what's marked
11  Exhibit 7.  And these, I would represent, are the 1099s
12  for 2004 and 2005.  I wanted you to confirm, and are
13  those amounts that you recall being recorded and paid to
14  you from Regal Cinema?
15      A.    Yeah, yeah.
16      Q.    And when those amounts -- those would include
17  like for 2004, $25,846.10, that would be both the weekly
18  amount and any maintenance amounts?
19      A.    I think so.  I think so.
20      Q.    You didn't have a separate --
21      A.    Just janitorial.
22      Q.    Just janitorial?
23      A.    Just janitorial right there.  It looks like it
24  should say maintenance, but it don't.
25      Q.    That's what I was going to ask, if you
```

Tommie Patterson

```
 1      Q.   And then you've got the Municipality of
 2   Anchorage, John Alexander, we have the state Alaska Human
 3   Rights Commission, Ms. Erin --
 4      A.   Collins.
 5      Q.   And is there anybody else from any other agency
 6   that you talked to?
 7      A.   I'm going to have to get that paperwork.  I
 8   think I talked to the lady at postmaster general.
 9      Q.   Postmaster general?
10      A.   Yeah.
11      Q.   And did you ever talk to the Federal Equal
12   Employment Opportunity Commission?
13      A.   I didn't even know we had one.  Nobody never
14   told me we had one.  I didn't know we even had one of
15   those.
16           MR. SIMPSON:  Thank you, Mr. Patterson, that
17   concludes my questions.
18           THE WITNESS:  Okay.  I want to --
19           MR. SIMPSON:  Wait, off record.
20           THE WITNESS:  Can we get back on record?
21           MR. SIMPSON:  You want to go back on record.
22           VIDEOGRAPHER:  We never went off.
23           MR. SIMPSON:  We never went off record.  What
24   do you want?
25           THE WITNESS:  I want to give you this.  This is
```

# STATE OF ALASKA

## HUMAN RIGHTS COMMISSION

FRANK H. MURKOWSKI, GOVERNOR

800 A STREET, SUITE 204
ANCHORAGE, ALASKA 99501-3669
PHONE:   (907) 274-4692 / 276-7474
TTY/TDD: (907) 276-3177
FAX:     (907) 278-8588

April 13, 2006

Tommie Patterson
401 E. 45th Avenue, Apt. #1
Anchorage, AK 99503

Dear Mr. Patterson,

The Commission has authority to investigate complaints alleging violations of the Alaska Human Rights law, which prohibits discrimination in employment, in places of public accommodation, in the sale or rental of real property, in credit and financing, and in practices by the state or its political subdivisions. The alleged discrimination must be based on race, sex, age, religion, color, national origin, mental or physical disability, pregnancy, marital status, changes in marital status, or parenthood. Not all bases are covered in each section of the Alaska Human Rights law.

The Commission does not have jurisdiction over nonprofit or federal employers and complaints must be filed with the Commission within one hundred eighty (180) days from the date of the alleged discriminatory act.

All inquiries are confidential and handled on an individual basis. The circumstances you described in your April 7, 2006 inquiry are not jurisdictional under AS 18.80. Therefore, our agency is unable to take your complaint.

Sincerely,

Erin M. Collins
Investigator

EXHIBIT 2
Page 1 of 1

EXHIBIT 2
T. Patterson

Toll Free



# Municipality of Anchorage

P.O. Box 196650 • Anchorage, Alaska 99519-6650 • Telephone: (907) 343-4878 • Fax: (907) 343-4875   http://www.muni.org

*Mayor Mark Begich*

Mayor's Office of Equal Opportunity

10 May 2006

To Whom It May Concern:

The Municipality of Anchorage's, Mayor's Office of Equal Opportunity was contacted some months ago by Mr. Tommie Patterson who explained that he was having some difficulties with a company he had contracted with. Mr. Patterson felt that, among other things, he had been discriminated against. He was advised to contact either the Anchorage Equal Rights Commission or the Alaska State Commission for Human Rights. If neither could serve him, his alternative would be to go to court. The Mayor's Office of Equal Opportunity serves only municipal employees and therefore, Mr. Patterson is not entitled to our services.

Sincerely,

*John L. Alexander*

JOHN L. ALEXANDER, Investigator
JLA:jsm

EXHIBIT 3
Page 1 of 1



# REGAL ENTERTAINMENT GROUP

**Recurring Vendor Form #1**

Vendor# 2 JAN I774

*Accounts Payable*
Submit form to: Director of Accounts Payable
7132 Regal Lane
Knoxville, TN 37918
Fax – 865-922-6685

Tax ID#_____

Date Received_____
(For A/P use only)

EXHIBIT 4  Page 1 of 2

*Regal Entertainment Group Standing P.O. for Recurring Services and Fees*

Theatre Name: Totem Theatre
Theatre Location# 918    District# C-8
TM or DM Ordering Service/s: Zachary K. Sheets
Vendor Name: Tommy Patterson – DBA Dawn on Junction
Payment Address: 401 East 45th Avenue #1
City: Anchorage    State: AK    Zip: 99503

EXHIBIT 4   T Patterson

Account Payable is authorized to pay the rate of
$ 692.31   +Tax$ 0   =$Total 692.31
at Weekly_____ (weekly, bi-weekly, or monthly) intervals beginning
on November 6, 2005 and ending on Until notified_____ to the vendor
(date of first day of service)    (date last payment will be due; or "until notified")
named above for recurring services.

Account to be charge: 02-918

| Multiple theatre allocation: | Theater# | $Amount of Allocation | $Tax Amount | $Total Amount |
|---|---|---|---|---|
| 11-6 – 11-10 | | | | |
| $494.50 | | | | |

**RECEIVED DEC - 1 2005 REGAL ENTERTAINMENT GROUP**

(Use additional sheet if more theater allocations are required)

Note:
- A copy of the signed "General Agreement for Payment and Invoice Process of Standing P.O." (Form#2) with the vendor MUST be submitted with this form before payments will begin.
- Payments will begin with the first check run following the date shown in the "date of first day of service" line above. The payments will then follow the rate and frequency noted above unless otherwise notified in writing by the theatre of district.
- Accounts Payable must be notified in writing (Form#3) to discontinue or change payments to this vendor. Unless otherwise notified, Accounts Payable will continue making payments at the rate and frequency noted above, which will be allocated to the department/theatre P/L's.
- ALL FORMS MUST HAVE RVP APPROVAL BEFORE A/P WILL PROCESS ANY PAYMENTS.

APPROVALS:

Theatre Manager_____    Date_____
District Manager [signature]    Date 11/30/05
Other_____    Date_____
Director [signature]    Date 12/01/05
RVP_____    Date_____

RC - 0001

**REGAL ENTERTAINMENT GROUP**

EXHIBIT 4
Page 2 of 2

**Recurring Vendor Form #2**

*Accounts Payable*
Submit form to:   Director of Accounts Payable
  7132 Regal Lane
  Knoxville, TN 37918
  Fax – 865-922-6685

Vendor# _____

Tax ID# _____

Date Received _____
(For A/P use only)

*Regal Entertainment Group Agreement for payment and invoice process of standing P.O.*

Regal Cinemas/United Artists ("the Company") agrees to pay Tommy Patterson DBA Hamilton Janitorial (the "Vendor") the amount of $ 692.31 at Weekly intervals for
(frequency of payments – weekly, biweekly, monthly)
services referred to here but described under a separate agreement between the Company and the vendor. The services and fees referred to have been predetermined and agreed to, and recurring on a regular basis. This agreement is only for the purpose of showing an agreement between the Company and the vendor as to the amount and frequency of payments. By doing so, the Company agrees to make payments represented here without receipt of invoice and vendor agrees to accept payment on these terms. This is **NOT** a contract for services and does not replace or negate any agreement for services.

Note:
- This is **not** a contract for services and does not replace or negate any existing contract or agreement.
- Services and fees for which this agreement relates have been agreed to prior to signing this agreement.
- The services represented here have been predetermined and remain the same, the fee is predetermined and remains the same and are provided on a regular recurring basis. At such time that the services or fee change, a new agreement must be signed.
- Weekly payments are defines as follows: The Company's payment week is from Friday to Thursday. Payments under "weekly frequency" will be made on the first payable check run following Thursday. Payments for any portion of a payment week where services have not been provided from Friday through Thursday will be prorated.
- Monthly payments are defines as follows: The Company's payment month ends on the last day of the calendar month. Payments under "monthly frequency" will be made on the first payable check rum following the last day of the month. Payments for any portion of a payment month where services have not been provided for the entire month will be prorated.
- Vendor **will not** provide an invoice to receive payment for service covered under this agreement. Any other or additional services must have an invoice submitted to receive payment.
- Vendor will only hire employees that are eligible to work in the United States and will examine all the pertinent documents that validate their employees' eligibility to work in the United States. Also, the Vendor will fully comply with all State and Federal Laws.
- Vendor will maintain general liability and workers' compensation coverage.
- By signing this agreement, The Company and vendor have read this document and agree to the terms as shown.

RECEIVED DEC - 1 2005

REGAL ENTERTAINMENT GROUP
By _____
Title District Manager
Date 11-30-05
Theatre Location 02-918
District C-3

VENDOR
By _____
Printed Name Hamilton
Title Owner
Date 11-30-05

RC - 0002

JN.21.2006 14:14                         REGAL                         #6618 P.021 /022

| ☐ VOID | ☐ CORRECTED | | |
|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br>Regal Cinemas, Inc.<br>7132 REGAL LANE<br>KNOXVILLE, TN 37918<br><br>(423) 922-1123 | 1 Rents<br>$<br>2 Royalties<br>$<br>3 Other income<br>$ | OMB No. 1545-0115<br>2004<br>Form 1099-MISC<br>4 Federal income tax withheld<br>$ | Miscellaneous Income<br><br><br>Copy C<br>For Payer or State Copy |
| PAYER'S Federal identification number<br>62-1412720 | RECIPIENT'S identification number<br>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 | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name, address, and ZIP code<br>TOMMIE G. PATTERSON *JANITORIAL*<br><br>401 EAST 45TH AVENUE #3<br><br>ANCHORAGE, AK 99503 | 7 Nonemployee compensation<br>$ 25846.10<br>9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐<br>11 | 8 Substitute payments in lieu of dividends or interest<br>$<br>10 Crop insurance proceeds<br>$<br>12 | For Privacy Act and Paperwork Reduction Act Notice, see the 2004 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| Account number (optional)<br>774 | 2nd TIN not.<br>☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15 | | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

Form 1099-MISC                                             Department of the Treasury - Internal Revenue Service

EXHIBIT 7
Page 1 of 4



| ☐ VOID ☐ CORRECTED | | | |
|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br>Regal Cinemas, Inc.<br>7132 REGAL LANE<br>KNOXVILLE, TN 37918<br><br>(423)922-1123 | 1 Rents<br>$<br>2 Royalties<br>$<br>3 Other income<br>$ | OMB No. 1545-0115<br>**2004**<br>Form **1099-MISC**<br>4 Federal income tax withheld<br>$ | **Miscellaneous Income**<br><br>Copy C<br>For Payer<br>or State Copy |
| PAYER'S Federal identification number<br>62-1412720 | RECIPIENT'S identification number<br>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 | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name, address, and ZIP code<br>TOMMIE G. PATTERSON *MAINT*<br><br>401 E. 45TH AVENUE #3<br><br>ANCHORAGE, AK 99503 | 7 Nonemployee compensation<br>$ 6972.50<br>9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐<br>11 | 8 Substitute payments in lieu of dividends or interest<br>$<br>10 Crop insurance proceeds<br>$<br>12 | For Privacy Act and Paperwork Reduction Act Notice, see the 2004 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| Account number (optional)<br>57 | 2nd TIN not. ☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15 | | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

Form **1099-MISC**  Department of the Treasury - Internal Revenue Service

2004 FORM LMC

EXHIBIT 7
Page 2 of 4

| | | |
|---|---|---|
| ☐ VOID ☐ CORRECTED | | |
| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br>Regal Cinemas, Inc.<br>7132 REGAL LANE<br>KNOXVILLE, TN 37918<br><br>(423)922-1123 | 1 Rents<br>$<br>2 Royalties<br>$<br>3 Other income<br>$ | OMB No. 1545-0115<br>**2005**<br>Form 1099-MISC<br>4 Federal income tax withheld<br>$ | **Miscellaneous Income**<br><br>Copy C<br>For Payer or State Copy |
| PAYER'S Federal identification number<br>62-1412720 | RECIPIENT'S identification number<br>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 | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name, address, and ZIP code<br>TOMMIE G. PATTERSON *JANITORIAL*<br><br>661 FIREWEED LANE C/O FIRWEED 7 C<br><br>ANCHORAGE, AK 99503 | 7 Nonemployee compensation<br>$ 43048.28<br>9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐<br>11 | 8 Substitute payments in lieu of dividends or interest<br>$<br>10 Crop insurance proceeds<br>$<br>12 | For Privacy Act and Paperwork Reduction Act Notice, see the 2005 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| Account number (see instructions)<br>2JANI774 | 2nd TIN not. ☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

Form **1099-MISC**   Department of the Treasury - Internal Revenue Service

EXHIBIT 7
Page 3 of 4

☐ VOID  ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | | Miscellaneous Income |
|---|---|---|---|---|
| Regal Cinemas, Inc.<br>7132 REGAL LANE<br>KNOXVILLE, TN 37918<br><br>(423)922-1123 | $<br>2 Royalties<br>$ | 2005<br>Form 1099-MISC | | |
| | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | | Copy C<br>For Payer<br>or State Copy |
| PAYER'S Federal identification number: 62-1412720 | RECIPIENT'S identification number: 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 | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name, address, and ZIP code<br><br>TOMMIE G. PATTERSON *MAINT*<br><br>661 FIREWEED LANE C/O FIREWEED 7<br><br>ANCHORAGE, AK 99503 | | 7 Nonemployee compensation<br><br>$ 14423.00 | 8 Substitute payments in lieu of dividends or interest<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the 2005 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| | | 11 | 12 | |
| Account number (see instructions)<br>2MA11057 | 2nd TIN not.<br>☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

Form 1099-MISC   Department of the Treasury - Internal Revenue Service   2005 FORM LMC

EXHIBIT 7
Page 4 of 4