Randall G. Simpson
JERMAIN, DUNNAGAN & OWENS, LLC
3000 A Street, Suite 300
Anchorage, AK 99503
907-563-8844
907-563-7322 (fax)
rsimpson@jdolaw.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TOMMIE G. PATTERSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>JAMIE VANDERVER, ZACK SHOCK, MONICA LIEBIG/WILLIAMS, CHRIS TAYLOR AND REGAL ENTERTAINMENT,<br><br>    Defendants. | Case No. A06-0077 CV (TMB) |

**PROPOSED ORDER STAYING DISCOVERY AND
DEPOSITIONS PENDING RULING ON MOTION FOR SUMMARY JUDGMENT**

Plaintiff has requested an order to schedule video deposition of several named Defendants and Defendants have opposed based on their filed and pending motion for dismissal. The Court being fully apprised in the premises,

IT IS ORDERD that all discovery and depositions be stayed until the pending motion for summary judgment is decided.

                                                                                    _____
                                                                                     U.S. DISTRICT COURT JUDGE

{00127260 }

**CERTIFICATE OF SERVICE**

This is to certify that on this 18th day of
July, 2006, a true and correct copy
of the foregoing was mailed first class to:

Tommie Patterson
401 E. 45th Avenue #1
Anchorage, Alaska 99503

*/s/Randall G. Simpson*
RANDALL G. SIMPSON

{00127260 }