IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

TOMMIE G. PATTERSON

    PLAINTIFF,

VS.                                      CASE NO. A06-0077 CV (TMB)

JAMIE VANDIVER,ZACK SHEET,
MONICA LIEBIG/WILLIAMS,CHRIS
TAYLOR AND REGAL ENTERTAINMENT,

    DEFENDANTS.

---

MOTION OF OBJECTION TO DEFENDANTS

MOTION TO DELAY DEPOSITIONS

COMES NOW PLAINTIFF BY WAY OF MOTION ASKING THIS COURT TO DISMISS WITH PREJUDICE ANY MOTION TO DELAY DEPOSITIONS OF DEFENDANTS FOR THE FOLLOWING REASONS.

    1   IT WAS ONLY RIGHT AND FAIR FOR DEFENDANTS ATTORNEY TO FORCE A VIDEO DEPOSITION OUT OF PLAINTIFF.

    2   WHEN DEFENDANTS ATTORNEY FOUND OUT THAT PLAINTIFF HAD INFORMATION AND PROOF OF MS. VANDIVER ILLEGAL MAIL TAMPERING , RACISM AND SEXUAL HARESSMENT,NOW DEFENDANTS ATTORNEY THINK THAT IT CAN GET THIS CASE DISMISSED ON A TECHNICALITY.

    3   IN DEFENDANTS MOTION ALL THAT IS ARGUED IS ABOUT EEOC. MR SIMPSON ARE MAKING SURE THAT HE STAYS AWAY FROM THE

1

OF THE COMPLAINT OF PLAINTIFF BEING REFERED TO AS A **NIGGER** A **HOUSE 'BOY'** AND NOTHING BUT A JANITOR AND THEM PEOPLE THAT ARE SO LOUD AND NASTY.

DEFENDANTS ATTORNEY ASK THIS COURT FOR AN EXTENTION OF TIME TO BE GIVEN HIM UNTIL THE COURT RULES ON HIS SUMMARY JUDGEMENT MOTION. PLAINTIFF AND DEFENDANTS ATTORNEY HAVE DISCUSSED THIS MATTER ON THE PHONE AND PLAINTIFF TOLD MR. SIMPSON THAT HIS CLIENTS ARE TRYING NOT TO QUESTIONED BY A JANITOR WHO THEY HAVE REFERED TO AS NOTHING AND NOBODY.

4 MR. SIMPSON STATED THAT PLAINTIFF IS NOT AN EMPLOYEE OF REGAL CINEMAS , THAN WHY IS MS. VANDIVER FELT LIKE SHE HAD AUTHORITY TO MAKE IT HER BUSINESS OF WHO WORKED WITH ME AND HOW THEY DRESSED.

MR. SIMPSON IS DOUBLE TALKING I AM EITHER AN EMPLOYEE OF REGAL CINEMAS OR I AM AN EMPLOYEED BY MS. VANDIVER WHO STATED OUT OF HER OWN MOUTH THAT SHE WAS MY BOSS OR WAS I EMPLOYED BY ZACK SHEETS OR WAS I EMPLOYEED BY MONICA LIEBIG/WILLIAMS. IF THESE DEFENDANTS ARE NOT MY BOSS THAN WHY DID MR. SIMPSON STATE IN HIS DEPOSITION THAT MS. VANDIVER WAS MY BOSS?
IN THE MOTION FOR SUMMARY JUDGEMENT OF DEFENDANTS ATTORNEY IN SUPPORT OF THE MOTION COUNSEL TALKS ABOUT EEOC WHICH THERE IS NOT AN OFFICE OR ANY FORMS TO FILL OUT FROM EEOC IN THE STATE

OF ALASKA. EEOC OFFICE IS IN SEATTLE WA. DRIVING OR FLYING YOU HAVE TO CROSS CANADA TO GET TO SEATTLE, THERE IS NO CONTACT OFFICE IN ANCHORAGE OR ANY OTHER CITY IN ALASKA. PLAINTIFF FOUND OUT ABOUT EEOC THRU MR. SIMPSONS OPPISITION MOTION PLAINTIFF WENT TO THE PHONE BOOK AND CALLED INFORMATION WHO DIDN'T HAVE A LISTING FOR THEM. PLAINTIFF CALLED THE HUMAN RIGHTS COMMISSION WHO GAVE ME THE NUMBER . #EXHIBIT #1 AND EXHIBIT#2 EQUAL OPPURTUNITY COMMISSION. PLAINTIFF HAS CONTACTED EEOC AND WAS FAXED A FORM . PLAINTIFF FILLED THE FORM AND FAXED THEM BACK TO EEOC AND AS OF 7/19/2006 PLAINTIFF IS WAITING FOR AN ANSWER OF PERMISSION TO SUE FROM EEOC. PLAINTIFF NEVER HAD THIS INFORMATION FROM THE BEGINNING IF HE HAD HE WOULD HAVE INCLUDED THE LETTER WITH THE 2 EXHIBITS.

PLAINTIFF IS ASKING THIS COURT TO DISSMISS SUMMARY JUDGEMENT MOTION OF DEFENDANTS FOR THE FOLLOWING REASONS.

1   TO DEPRIVE PLAINTIFF OF HIS LEGAL RIGRTS NOT TO BE SEXUALLY HARRESSED, RACIALLY DISCRIMINATED AGAINSTAS A BLACK MAN.

2   AND THE RACIAL HATE THAT WAS DEMOSTRATED AGAINST PLAINTIFF BY OTHER WORKERS AT TOTEM THEATRE.

PLAINTIFF IS ASKING THIS COURT TO GRANT PLAINTIFFS MOTION AND ALLOW PLAINTIFF THE SAME DEPOSITION HEARINGS THAT WAS GRANTED DAFENDANTS ATTORNEY.

RESPECTFULLY SUBMITTED

TOMMIE G. PATTERSON
401 EAST 45TH.AVENUE #1
ANCHORAGE, AK. 99503
7/20/2006

*[signature]*

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY THAT ON THIS 29TH. DAY OF

JULY , 2006 , A TRUE AND CORRECT COPY OF THE

FORGOING WAS MAILED FIRST CLASS TO;

RANDALL SIMPSON
3000 A STREET, SUITE 300
ANCHORAGE,AK 99503

4