RECEIVED
JUL 2 6 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

ADDENDUM TO MOTION

EEOC IS IN SEATTLE WA. ,I WAS UNAWARE OF THER EXSISTANCE.SINCE 7/18/2006 PLAINTIFF HAS BEEN CORRESPONDING WITH THEM BY FAX AND PHONETO OBTAIN THE NECESSARY DOCUMENTS THAT THE COURT REQUIRES.  IF PLAINTIFF HAD OF KNOWN ABOUT THEM IT WOULDN'T HAVE BEEN A PROBLEM .

  DURING PLAINTIFFS DISCUSSION WITH EEOC HE WAS INFORMED BY THEM THAT HE HAD UP TO 300 DAYS TO AQUIRE THE RIGHT TO SUE FROM THEM. PLAINTIFF IS ON STAND BY FOR THIS LETTER.

  ATTORNEY FOR THE DEFENDANTS IS DOING EVERYTHING IN HIS POWER TO KEEP PLAINTIFF FROM GETTING VIDEOTAPED DEPOSITIONS FROM JAMIE VANDIVER,ZACK SHEETS AND MONICA LIEBIG/WILLIAMS.

   PLAINTIFF IS ASKING THIS COURT TO HAND DOWN AN INDICTMENT TO JAMIE VANDIVER FOR FEDERAL MAIL TAMPERING FOR OPENING HIS MAIL.

TOMMIE PATTERSON

*/s/ Tommie G. Patterson*