MINITES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Patterson v. Vanderver*
Case No. 3:06-cv-77 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

Plaintiff, who is *pro se*, has filed a **Motion to Schedule Video Depositions** and a **Motion for Extension of Time.** Docket nos 17 & 18.

Defendants oppose the motion to schedule depositions, and request that the Court stay the discovery deposition until after it rules on the Motion for Summary Judgment and Dismissal at Docket 21. Docket 23. Defendants suggest that Plaintiff cannot pursue his Title VII claims in federal court because he has not filed a claim with the EEOC, and therefore has not received a right to sue letter, which is a condition precedent to proceeding with his Title VII claims. *Id.*

Plaintiff acknowledges in his Reply that he has not yet obtained a right to sue letter. Docket 25. Accordingly, Defendant's request for a stay is well-taken. This court will refrain from ruling on the Motions at Docket nos. 17 and 18 until it has considered the Motion for Summary judgment at Docket 21.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: August 3, 2006