Randall G. Simpson
JERMAIN, DUNNAGAN & OWENS, LLC
3000 A Street, Suite 300
Anchorage, AK 99503
907-563-8844
907-563-7322 (fax)
rsimpson@jdolaw.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TOMMIE G. PATTERSON,<br><br>       Plaintiff,<br><br>  vs.<br><br>JAMIE VANDERVER, ZACK SHOCK,<br>MONICA LIEBIG/WILLIAMS, CHRIS<br>TAYLOR AND REGAL<br>ENTERTAINMENT,<br><br>       Defendants. | Case No. A06-0077 CV (TMB) |

## MOTION TO QUASH SUBPOENA

COME NOW Defendants Jamie Vanderver, Zack Shock, Monica Liebig/Williams, Chris Taylor and Regal Entertainment, by and through their counsel, Jermain, Dunnagan & Owens, and move the court to quash a subpoena issued by Plaintiff commanding each individual defendant, including the corporate defendant, to appear for the taking of a deposition on August 4, 2006 and written deposition by August 12, 2006. The motion is supported by the memorandum attached.

{00128329 }

JERMAIN, DUNNAGAN & OWENS, P.C.
Attorneys for Defendants

Dated:  8/3/06

By:    /s/ Randall G. Simpson
       Randall G. Simpson
       JERMAIN, DUNNAGAN & OWENS
       3000 A Street, Suite 300
       Anchorage, AK  99503
       Phone (907) 563-8844
       Fax (907) 563-7322
       Alaska Bar No. 7710166

**CERTIFICATE OF SERVICE**

This is to certify that on this 3rd day of
August, a true and correct copy
of the foregoing was mailed first class to:

Tommie Patterson
401 E. 45th Avenue #1
Anchorage, Alaska 99503

/s/Randall G. Simpson
RANDALL G. SIMPSON