Randall G. Simpson
JERMAIN, DUNNAGAN & OWENS, LLC
3000 A Street, Suite 300
Anchorage, AK 99503
907-563-8844
907-563-7322 (fax)
rsimpson@jdolaw.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TOMMIE G. PATTERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMIE VANDERVER, ZACK SHOCK, MONICA LIEBIG/WILLIAMS, CHRIS TAYLOR AND REGAL ENTERTAINMENT,<br><br>    Defendants. | Case No. A06-0077 CV (TMB) |

**PROPOSED ORDER QUASHING SUBPOENAS FOR TAKING DEPOSITION**

Defendants have moved for an Order quashing subpoenas served for taking deposition on August 4, 2006, and the Court being fully advised of the premises,

IT IS ORDERD that the subpoenas served for appearance at deposition of Chris Taylor, Zack Sheets, Monica Liebig/Williams, Jamie Vanderver and Regal Cinemas are hereby quashed.

_____
U.S. DISTRICT COURT JUDGE

{00128333 }

**CERTIFICATE OF SERVICE**

This is to certify that on this 3rd day of August, a true and correct copy of the foregoing was mailed first class to:

Tommie Patterson
401 E. 45th Avenue #1
Anchorage, Alaska 99503

*/s/Randall G. Simpson*
RANDALL G. SIMPSON

{00128333 }