TOMMIE G. PATTERSON
401 E. 45TH AVENUE #1
ANCHORAGE, AK. 99503

RECEIVED
AUG 02 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

TOMMIE G. PATTERSON
    PLAINTIFF;

VS,                               CASE NO. A06-0077CV(TMB)

JAMIE VANDIVER, ZACHERY
SHEETS, MONIKA LIEBIG
WILLIAMS, CHRIS TAYLOR AND
REGAL CINEMAS INC.
    DEFENDANTS.

**MOTION COMPELLING DEFENDANTS TO ANSWER WRITTEN DEPOSITION**

COMES NOW PLAINTIFF BY WAY OF MOTION ASKING THIS COURT TO COMPEL DEFENDANTS TO ANSWER THE QUESTIONS PRESENTED TO DEFENDANTS ATTORNEY RANDALL G. SIMPSON, IN A WRITTEN DEPOSITION.

    THE QUESTIONS ARE NOT TO BE CHANGED OR ALTERED IN ANY WAY. DEFENDANTS ANSWERS ARE BEING SERVED WITH A SUBOENA AND NEED TO BE RETURNED TO PLAINTIFF WITHIN TEN (10) DAYS. DEFENDANTS HAVE NEVER DENIED ANY OF PLAINTIFFS CLAIMS.

1

TOMMIE G. PATTERSON
401 EAST 45TH. AVENUE #1
ANCHORAGE AK. 99503

*[signature]*

TOMMIE G. PATTERSON
1 August 2006

This is to certify that a true
And correct copy of the
Foregoing document was
Hand delivered to the
Defendants attorney

RANDALL SIMPSON
3000 A STREET SUITE 300
ANCHORAGE, AK.99503