## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

### *Patterson v. Vanderver*
### Case No. 3:06-cv-77 TMB

By:                    THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:        ORDER FROM CHAMBERS

Plaintiff, who is *pro se*, has filed a Motion to Schedule Video Depositions and a Motion for Extension of Time. Docket nos 17 & 18. Defendants opposed the motion to schedule depositions, and requested that the Court stay the discovery depositions until after it rules on the Motion for Summary Judgment and Dismissal at Docket 21. Docket 23. In a previous Order dated August 3, 2006, the Court found that Defendant's request for a stay was well-taken, and indicated that it would refrain from ruling on the Motions at Docket nos. 17 and 18 until it had considered the Motion for Summary Judgment. Docket 26.

Later on August 3, 2006, Defendants filed a Motion to Quash Subpoena. Although it was not filed on shortened time, the Motion indicates that Plaintiff issued subpoenas on August 2, 2006, commanding each individual defendant to appear for oral depositions on August 4, 2006, and to answer written interrogatories by August 10, 2006. Docket 27. Defendants complain that Under Federal Rule of Civil Procedure 30, a two-day notice for scheduling a deposition is not "reasonable notice." This Court agrees.

IT IS HEREBY ORDERED that the Motion to Quash is GRANTED. The subpoenas served for appearance at deposition of Chris Taylor, Zack Sheets, Monica Liebig/Williams, Jamie Vanderver and Regal Cinemas are hereby quashed. The parties are advised that this Court will rule on the pending Motion for Summary Judgment as quickly as possible after the briefing is completed. If, after the Court's order on the summary judgment motion is issued, Plaintiff still wishes to depose defendants or serve them with written questions, he may do so upon the issuance of subpoenas that provide "reasonable notice" to the Defendants. Accordingly, the Motion to Compel at Docket 29 is DENIED as MOOT.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: August 3, 2006