Randall G. Simpson
JERMAIN, DUNNAGAN & OWENS, LLC
3000 A Street, Suite 300
Anchorage, AK 99503
907-563-8844
907-563-7322 (fax)
rsimpson@jdolaw.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TOMMIE G. PATTERSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JAMIE VANDERVER, ZACK SHOCK, MONICA LIEBIG/WILLIAMS, CHRIS TAYLOR AND REGAL ENTERTAINMENT,<br><br>　　　　Defendants. | Case No. A06-0077 CV (TMB) |

**REPLY TO PLAINTIFF'S OPPOSITION TO
MOTION FOR SUMMARY JUDGMENT**

Defendants are unsure, but in the excess of caution, interpret Plaintiff's filed pleading identified as "Motion of Objection to Defendants" and "Motion to Delay Depositions" as his opposition to the motion for summary judgment on the failure to exhaust administrative remedies with the EEOC and Plaintiff's employment status. In this "opposition" pleading, Plaintiff admits that he did not file with the EEOC prior to bringing his lawsuit and that he only filed with the EEOC "as of 7/19/2006 [and] Plaintiff is waiting for an answer of permission to sue from EEOC."

{00128460 }

Similarly, Plaintiff does not contest nor dispute his testimony given at deposition that he had ultimate control over his hours of work and the manner and extent of his employment in providing janitorial services at both Fireweed and Totem Theaters of Regal Cinemas. Nor does Plaintiff dispute his deposition testimony that his paycheck was a flat fee contract negotiated by him with Regal Cinemas. Nor does Plaintiff dispute that he had full autonomy to hire and fire or use his choice of crew in the performance of the janitorial services contract. He employed crew members as his employees and not employees of Regal Cinema.

All of these facts which are undisputed by Plaintiff require or support a legal conclusion of his status as an independent contractor and not an employee. Therefore, Plaintiff's complaint is not covered under the Title VII as he has brought.

For the above reasons, summary judgment should be entered dismissing Plaintiff's claims.

JERMAIN, DUNNAGAN & OWENS, P.C.
Attorneys for Defendants

Dated: 8/7/06     By:     /s/ *Randall G. Simpson*
Randall G. Simpson
JERMAIN, DUNNAGAN & OWENS
3000 A Street, Suite 300
Anchorage, AK  99503
Phone (907) 563-8844
Fax (907) 563-7322
rsimpson@jdolaw.com
Alaska Bar No. 7710166

**CERTIFICATE OF SERVICE**
This is to certify that on this 7th day of
August, 2006, a true and correct copy
of the foregoing was mailed first class to:

Tommie Patterson
401 E. 45th Avenue #1
Anchorage, Alaska 99503

*/s/Katie Kadarauch*

{00128460 }REPLY TO PLAINTIFF'S OPPOSITION TO MSJ
*Patterson v. Jamie Vanderver, et al.*
Case No. A06-0077 CV (TMB)     Page 2 of 2