*Copy to attorney Simpson*

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Seattle District Office**

Federal Office Building
909 First Avenue, Suite 400
Seattle, WA 98104-1061
(206) 220-6883
TTY (206) 220-6882
FAX (206) 220-6911

**RECEIVED**
AUG 0 7 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**Keep this page and pages 1 and 2 for your records.**
**Your Inquiry Number is 551-2006-02199**

RE: Your recent inquiry to EEOC

Your recent contact with this office indicates that you may wish to file a charge of employment discrimination with the **U.S. Equal Employment Opportunity Commission (EEOC)**. The EEOC enforces

- Title VII of the Civil Rights Act of 1964, as amended (race, color, religion, sex, national origin, retaliation claims)
- the Age Discrimination in Employment Act of 1967, as amended (age over 40)
- the Equal Pay Act of 1963, as amended, (pay disparity between men and women)
- and Title I of the Americans with Disabilities Act of 1990.

Under these laws, EEOC has authority to investigate complaints of employment discrimination against public and private employers of 15 employees or more (but not against federal agencies), employment agencies, and labor organizations. **Charges must be filed within 300 days of the date of violation.**

If you believe that you have been discriminated against because of one of the factors listed above, and you wish to file a charge of employment discrimination with the EEOC, please complete the enclosed questionnaire and return it to this office. We will review your questionnaire and then contact you. Please provide complete and specific information concerning the most recent dates of discrimination, a brief summary of the discriminatory action, and other relevant information concerning the employment discrimination about which you wish to file. If you filed a charge concerning these allegations with any other civil rights or human rights agency, please write that information on the form.

**By providing complete answers on the questionnaire you will speed our effort to respond to your inquiry. Complete the mandatory fields * on pages 3-6 so that there will be no delay in processing your inquiry.**

Sincerely,

F. FRANCES PALMER
ENFORCEMENT SUPERVISOR

Enclosure(s): Questionnaire/return envelope/appropriate supplements



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Seattle District Office**
**SEXUAL HARASSMENT**
**SUPPLEMENTAL INTAKE QUESTIONNAIRE**

This form is covered by the Privacy Act of 1974. Please read the Privacy Act Statement on the last page of the INTAKE QUESTIONNAIRE before completing this form. Answer ALL of the questions, and then SIGN and DATE the form on the last page.

NAME: Tommie Patterson

**DEFINITIONS**

Unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature constitute sexual harassment when:

(1) Submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment;
(2) Submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual; or
(3) Such conduct has the purpose or effect of unreasonable interfering with an individual's work performance or creating an intimidating, hostile, or offensive work-environment.

**PLEASE TYPE OR PRINT THE REQUESTED INFORMATION**

1. Who sexually harassed you? Jamie Vandiver

2. What was the person's position? FOR EXAMPLE: (manager,) supervisor, co-worker, non-employee, etc.

3. Were you asked for sex in return for an employment benefit?   ( ) YES (X) NO

   If, yes, state which benefit. FOR EXAMPLE: promotion, raise, continued employment, etc.

4. Were you touched or subjected to unwelcome physical contact?   ( ) YES (X) NO

5. Were you subjected to unwelcome comments of a sexual nature?   (X) YES ( ) NO

6. Describe the sexual harassment:
   Ms. Vandiver was asking me about the shape of my body while she was stroking her hands threw her hair, looking at me in a sexual lusting manner, by using words such as /quote Tommie did you get your body to look like that by working here at Fireweed. She would stand behind the concession stand and watch me.

7. State the known or estimated dates: _____

8. Are you aware of others who were sexually harassed?   [ ] YES   [X] NO
   If yes, state who and when:

**CHARGES OF DISCRIMINATION MUST BE FILED WITHIN 300 DAYS OF THE DATE OF HARM.**
**PLEASE ENTER ALL MANDATORY INFORMATION MARKED WITH \***

## INFORMATION ABOUT YOU

* **Your name:** Tommie Patterson    **Date:** 7/19/06
* **Address:** 401 E 45th Ave #1
* **City:** Anchorage  **State:** AK  **ZIP:** 99503  **County:** _____
* **Phone:** Home: (907) 245-3030    Work: (___) _____
  Cell: (907) 884-2683    FAX: (___) _____

Best time/place to reach you during our office hours, from 8 a.m. to 4:30 p.m., M-F.  ☐ at work  ☒ at home    Best day/time: 907-245-3030

Date of Birth: _____    Social Security #: _____

Please Check your:
Sex:  ☒ Male    ☐ Female

Race:  ☒ Black    ☐ White    ☐ American Indian or Alaskan Native
       ☐ Asian or Pacific Islander    ☐ Other (specify) _____

National Origin:  ☐ Mexican    ☐ Hispanic    ☐ East Indian
                  ☐ Other (specify): _____

Someone who will know how to contact you if we are unable to reach you:

Name: Marion Patterson    Relationship: Wife
Address: 401 E 45th Ave #1
City: Anchorage    State: AK    ZIP: 99503    Phone: (907) 272-3203

## INFORMATION ABOUT THE EMPLOYER

My charge is against a:  ☒ Private Employer    ☐ Labor Organization
                         ☐ State or Local Government    ☐ Employment Agency    ☐ Other

* **Employer Name:** Regal Cinema
* **Phone:** (865) 922-1123    Fax: (865) 922-6685
* **Address:** 7132 Regal Lane
* **City:** Knoxville    **State:** TN    **ZIP:** 37918    **County:** _____

Type of Business: Theatres    *Approximate Number of Employees: ?

Human Resources/Personnel Director: Unknown    Phone: (___) _____

**Filing same complaint with other State/City/Federal agencies**

* I have filed this same complaint with the Human Rights Commisson agency on April/7/2006 (date).
Equal Opportunity Office
April 8th/2006

3

# DISCRIMINATION ALLEGATIONS

\* Briefly explain the discriminatory action the employer/union took against you:

I was refered to as a "house-Boy" by the statement Ms. Vanderer made. By making the statement that they still had house Boys where she came from. Also she stated Janitors are nobody.

Monica Subig Williams manager for Totem Theatre allowed other employees to refer to me as a "nigger."

\* Date of discriminatory action: FIREWEED N/A / Totem 11/6/05 year 06

☒ DISCHARGE   or   ☐ LAYOFF

Last position held: JANITOR

Rate of Pay: $1500.00 Per Month Plus maintance

Date of hire: Totem 11/6/05   4/28/05   Date of layoff or discharge: 4/28/06

Who replaced you? FIREWEED I don't know

☐ HIRING   or   ☐ PROMOTION

Position you sought: _____

Date you applied: _____   Date you learned that you were not selected: _____

Who was selected? _____

☐ DEMOTION or  ☐ DISCIPLINE  ☐ WAGES OR BENEFITS  ☐ HARASSMENT

☐ TERMS OR CONDITIONS OF EMPLOYMENT

☐ OTHER: _____

\* WHAT CAUSED THE EMPLOYMENT ACTION YOU DESCRIBE, YOUR:

☒ RACE Includes racial harassment.
☒ COLOR
☒ GENDER
☐ PREGNANCY
☒ SEXUAL HARASSMENT
☐ AGE   If you are age 40 or over.
☐ DISABILITY Complete the Americans with Disabilities Act supplemental questionnaire.
☐ NATIONAL ORIGIN: Includes harassment based on national origin.
☐ RELIGION Religious harassment is a form of discrimination based on religion.
☒ RETALIATION - OPPOSITION: You opposed discrimination on the job because of one of the reasons described above by ☐ made internal complaint ☐ filed EEOC charge
☐ RETALIATION - PARTICIPATION: You participated in an internal or EEOC or other agency investigation regarding discrimination based on any of the reasons described above.
☐ OTHER: _____

4

**SUPPORTING INFORMATION**

**Identify any others who were treated the SAME as you under similar conditions.**

| Name | Race/Sex/Age | How treated the same |
|---|---|---|
| 2 Customers | Black/ | Refered to As Nasty & Loud |
| | | |

**Identify any others who were treated BETTER than you under similar conditions.**

| Name | Race/Sex/Age | How treated better |
|---|---|---|
| | | |
| | | |

**Identify WITNESSES who saw, heard, or have first-hand knowledge of the harm you experienced.**

Name / Telephone Number / Address

1. Tommie Paterson (907) 245 3030  401 E 45th Ave #1
Witness will say: Discussion was between Ms Vandiver and Myself

2. _____ (___) _____ _____
Witness will say: _____

3. _____ (___) _____ _____
Witness will say: _____

**What reason(s) were you given for the acts you consider discriminatory? Include the name(s) and title(s) of the person(s) who gave the reason(s). If you dispute the reason(s) you were given, tell us why.**

A Janitor is nobody, Janitors don't go to her boss. And what she said About the young girl. That "Those" people Are so Loud and Nasty. Jamie Vandiver
And what Ms Monica Liebig Williams said After other worker called me a "nigger" Quote is I have anything to say to the ushers come to her

IQ:revised 2/06

PLEASE ATTACH A STATEMENT OF ANY OTHER FACTS THAT YOU BELIEVE ARE IMPORTANT TO YOUR CASE. GIVE NAMES AND JOB TITLES OF PERSONS INVOLVED.

**OTHER INFORMATION:**

**CHECK TYPE OF REPRESENTATIVE:** _____ lawyer  _____ union  _____ family member

Name: _____

Telephone: (_____) _____  Fax (_____) _____

Address: _____

City: _____  State: _____  ZIP: _____

**IMPORTANT INFORMATION**

It is important that you stay in contact with this office concerning your potential charge of discrimination. This questionnaire does not necessarily constitute a minimally-sufficient charge, nor does submission of this questionnaire necessarily fulfill the statutory requirement to file a minimally-sufficient charge within 300 calendar days of the alleged discriminatory action. We recommend that persons with potential discrimination charges complete the formal charge filing process as quickly as possible to protect their statutory rights.

**PRIVACY ACT STATEMENT**

This form is covered by the Privacy Act of 1974, Public law 93-579. Authority for requesting and uses of the personal data are given below.

1. FORM NUMBER/TITLE DATE: SEDO FORM 1, Seattle Intake Questionnaire.
2. AUTHORITY: 42 U.S.C. subsection 2000(e)(9), 29 U.S.C. 201, 29 U.S.C. 621.
3. PRINCIPAL PURPOSES: Requests information from the charging party relevant to filing a charge of employment discrimination.
4. ROUTINE USES: Determine whether facts exist to support a charge of employment discrimination.
5. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY, AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION: Voluntary. Failure to provide information may affect whether the Commission can further process your claim.

**DECLARATION**

* Do you wish to file a charge of employment discrimination based on the information in this questionnaire?

☒ Yes     ☐ No     ☐ Not Sure

I have read and had an opportunity to correct this Intake Questionnaire, and swear under penalty of perjury that these facts are true and correct to the best of my knowledge and belief. I further give my consent for the EEOC, to file this questionnaire as a charge, if necessary to meet timeliness purposes, and thereby give my consent for this questionnaire to be considered as a charge of discrimination.

_Tom G. Patten_ (signature)     7-19-06

SIGNATURE     DATE