Randall G. Simpson
JERMAIN, DUNNAGAN & OWENS, LLC
3000 A Street, Suite 300
Anchorage, AK 99503
907-563-8844
907-563-7322 (fax)
rsimpson@jdolaw.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TOMMIE G. PATTERSON,<br><br>        Plaintiff,<br><br>        vs.<br><br>JAMIE VANDERVER, ZACK SHOCK, MONICA LIEBIG/WILLIAMS, CHRIS TAYLOR AND REGAL ENTERTAINMENT,<br><br>        Defendants. | Case No. A06-0077 CV (TMB) |

**REPLY TO PLAINTIFF'S MOTION REQUESTING
DISMISSAL OF DEFENDANTS REQUEST FOR SUMMARY JUDGMENT**

Defendants will rely on their Reply previously filed on August 7, 2006 in response to Plaintiff's above-titled motion of the same date.

        JERMAIN, DUNNAGAN & OWENS, P.C.
        Attorneys for Defendants

*Dated: 8/8/06*        *By:*    /s/ *Randall G. Simpson*
        Randall G. Simpson
        JERMAIN, DUNNAGAN & OWENS
        3000 A Street, Suite 300
        Anchorage, AK 99503
        Phone (907) 563-8844
        Fax (907) 563-7322
        rsimpson@jdolaw.com
        Alaska Bar No. 7710166

{00128514 }

**CERTIFICATE OF SERVICE**
This is to certify that on this 8th day of
August, 2006, a true and correct copy
of the foregoing was mailed first class to:

Tommie Patterson
401 E. 45th Avenue #1
Anchorage, Alaska 99503

_/s/Katie Kadarauch_