IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

TOMMIE G. PATTERSON
PLAINTIFF;

CASE NO.3;06-CV-0077 (TMB)

V

JAMIE VANDIVER,ET,AL.
DEFENDANTS.

**MOTION OF RIGHT TO SUE**

COMES NOW PLAINTIFF BY WAY OF MOTION ASKING THIS COURT TO

ACCEPT THIS RIGHT TO SUE NOTICE FROM EEOC.

RESPECTFULLY SUBMITTED
TOMMIE G. PATTERSON

Monday, August 14, 2006

I certify that a true and correct copy
Of the above document was mailed to
Randall g. simpson
At 3000 a street suite 300 anchorage ak.
99503-4097