IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

TOMMIE G. PATTERSON
      PLAINTIFF

                                 CASE NO.A06-0077 CV (TMB)

JAMIE VANDIVER,ZACK SHEETS,
MONICA LIEBIG WILLIAMS,CHRIS
TAYLOR AND REGAL ENTERTAINMENT
      DEFENDANTS,


                  MOTION OF RIGHTS


    NOW COMES PLAINTIFF BY WAY OF MOTION, INFORMING THE COURT TAKING EVERY AVENUE THAT IS NEEDED, AND REQUESTED BY DEFENDANTS ATTORNEY AS WELL AS THE COURTS. PLAINTIFF FEELS LIKE DEFENDANTS ARE NOT COMPLYING WITH THE RULES OF THE COURT. WHO ORDERED DEFENDANTS TO COMPLETE DISCOVERY AS ORDERED, BUT INSTEAD DEFENDANTS FILED A MOTION FOR SUMMARY JUDGEMENT. ONLY DEFENDANTS MOTION ARE BEING RECOGNIZED.THEREFORE PLAINTIFF IS ASKING THIS COURT FOR SOME CONSIDERATION. HERE ARE ANOTHER ANSWER FROM THE HUMAN RIGHTS COMMISSION, TO BE ENTERED INTO PLAINTIFFS CASE.

1

RESPECTFULLY SUBMITTED

*[signature: Tommie Patterson]*

TOMMIE G. PATTERSON
401 EAST 45TH. AVENUE #1
ANCHORAGE, AK. 99503
August 16, 2006

I certify that a true and correct
Copy of the above document
Was mailed to ;
Aug. 16, 06   *TP*
RANDALL G. SIMPSON
3000 A STREET SUITE 300
ANCHORAGE,AK.99503-4097