# STATE OF ALASKA

**HUMAN RIGHTS COMMISSION**

FRANK H. MURKOWSKI, GOVERNOR

800 A STREET, SUITE 204
ANCHORAGE, ALASKA 99501-3669
PHONE: (907) 274-4692 / 276-7474
TTY/TDD: (907) 276-3177
FAX: (907) 278-8588

August 14, 2006

Tommie Patterson
401 East 45th Avenue #1
Anchorage, AK 99503

Human Resources Director
Fireweed Theatre
661 Fireweed Lane
Anchorage, AK 99503

**RECEIVED**

AUG 1 7 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Re: **Tommie Patterson v. Fireweed Theatre**
ASCHR NO. E-06-016
EEOC NO. 551-2006-02199

Dear Complainant and Respondent:

The enclosed complaint filed with the U.S. Equal Employment Opportunity Commission (EEOC) also alleges a violation of Alaska Human Rights Law and accordingly is recognized as filed with our agency.

Under the terms of the worksharing agreement between EEOC and the Alaska State Commission for Human Rights (ASCHR), we will refrain from investigation while EEOC is processing the case to avoid duplication of effort.

Complainant is advised to notify ASCHR of any changes in address or telephone number. Failure to do so may result in the dismissal of the case.

Respondent is advised that under 6 AAC 30.840(b) respondents must maintain records of a person who has filed a complaint with ASCHR or records of a class of persons named in the complaint filed with ASCHR, and the records of persons or classes in similar or related circumstances until final disposition of the complaint by ASCHR. Failure to keep records may result in a finding of noncompliance with AS 18.80.220(b) under ASCHR's regulation found at 6 AAC 30.850.

Sincerely,

Triptaa Surve
Investigations Director

TS/ccm
Enc: Charge of Discrimination

Toll Free
In Alaska (800) 478-4692

Inquiry Number: 551-2006-0 __2199__    FEPA NO. E-06-016

**CHARGES OF DISCRIMINATION MUST BE FILED WITHIN 300 DAYS OF THE DATE OF HARM.
PLEASE ENTER ALL MANDATORY INFORMATION MARKED WITH \***

### INFORMATION ABOUT YOU

* Your name: __Tommie Patterson__   Date __7/19/06__
* Address: __401 E 45th Ave #1__
* City: __Anchorage__ State: __AK__ ZIP: __99503__ County: _____
* Phone: Home: __(907) 245-3030__   Work: (___)_____
  Cell: __(907) 884-2683__   FAX: (___)_____

Best time/place to reach you during our office hours,
from 8 a.m. to 4:30 p.m., M - F.   ☐ at work  ☒ at home   Best day/time __907-245-3030__

Date of Birth: _____   Social Security: _____

Please Check your:
  Sex: ☒ Male   ☐ Female
  Race: ☒ Black   ☐ White   ☐ American Indian or Alaskan Native
        ☐ Asian or Pacific Islander   ☐ Other (specify) _____
  National Origin:  ☐ Mexican   ☐ Hispanic   ☐ East Indian
                    ☐ Other (specify): _____

Someone who will know how to contact you if we are unable to reach you:
Name: __Marion Patterson__   Relationship: __Wife__
Address: __401 E 45th Ave #1__
City: __Anchorage__   State: __AK__ ZIP: __99503__ Phone: __(907) 272-3203__

[Stamp: FILED COMMISSION JUL 31 2006 DOCKET OFFICE]

### INFORMATION ABOUT THE EMPLOYER

My charge is against a:  ☒ Private Employer   ☐ Labor Organization
                         ☐ State or Local Government   ☐ Employment Agency   ☐ Other
* Employer Name: __Regal Cinema__
* Phone: __(865) 922-1123__   Fax __(865) 922-6685__
* Address: __7132 Regal Lane__
* City: __Knoxville__ State: __TN__ ZIP: __37918__ County: _____
Type of Business: __Theatres__   * Approximate Number of Employees: __?__
Human Resources/Personnel Director __Unknown__   Phone: (___)_____

**Filing same complaint with other State/City/Federal agencies**
* I have filed this same complaint with the __Human Rights Commission__ agency on
__April/7/2006__ (date).
__Equal Opportunity Office__
__April 28th/2006__

3

---

Fireweed Theatre    (907) 277-3017
661 Fireweed LN

Anchorage, AK 99503

## DISCRIMINATION ALLEGATIONS

* Briefly explain the discriminatory action the employer/union took against you:

I was referred to as a "house Boy" by the statement Ms. Vandeier made. By making the statement that they still had house Boys where she came from. Also she stated Janitors are nobody.
Monica Siebig Williams manager for Totem Theatre allowed other employees to refer to me as a "nigger."

* Date of discriminatory action: FIREWEED NA / Totem 11/6/05 year 06

☒ DISCHARGE   or   ☐ LAYOFF

Last position held: JANITOR            Rate of Pay: $1500.00 Per Month plus maintanence
Date of hire: Totem 11/6/05 / 4/28/05    Date of layoff or discharge: 4/28/06
              FIREWEED
Who replaced you? I don't know

☐ HIRING   or   ☐ PROMOTION

Position you sought: _____
Date you applied: _____   Date you learned that you were not selected: _____
Who was selected? _____

☐ DEMOTION or ☐ DISCIPLINE ☐ WAGES OR BENEFITS ☐ HARASSMENT

☐ TERMS OR CONDITIONS OF EMPLOYMENT

☐ OTHER: _____

* WHAT CAUSED THE EMPLOYMENT ACTION YOU DESCRIBE, YOUR:

☒ RACE Includes racial harassment.
☒ COLOR
☒ GENDER
☐ PREGNANCY
☒ SEXUAL HARASSMENT
☐ AGE If you are age 40 or over.
☐ DISABILITY Complete the Americans with Disabilities Act supplemental questionnaire.
☐ NATIONAL ORIGIN: Includes harassment based on national origin.
☐ RELIGION Religious harassment is a form of discrimination based on religion.
☒ RETALIATION - OPPOSITION: You opposed discrimination on the job because of one of the reasons described above by ☐ made internal complaint ☐ filed EEOC charge
☐ RETALIATION - PARTICIPATION: You participated in an internal or EEOC or other agency investigation regarding discrimination based on any of the reasons described above.
☐ OTHER: _____

4

> PLEASE ATTACH A STATEMENT OF ANY OTHER FACTS THAT YOU BELIEVE ARE IMPORTANT TO YOUR CASE. GIVE NAMES AND JOB TITLES OF PERSONS INVOLVED.

**OTHER INFORMATION:**

CHECK TYPE OF REPRESENTATIVE: \_\_\_\_ lawyer \_\_\_\_ union \_\_\_\_ family member

Name: _____

Telephone: (\_\_\_) _____ Fax (\_\_\_) _____

Address: _____

City: _____ State: _____ ZIP: _____

**IMPORTANT INFORMATION**

It is important that you stay in contact with this office concerning your potential charge of discrimination. This questionnaire does not necessarily constitute a minimally-sufficient charge, nor does submission of this questionnaire necessarily fulfill the statutory requirement to file a minimally-sufficient charge within 300 calendar days of the alleged discriminatory action. We recommend that persons with potential discrimination charges complete the formal charge filing process as quickly as possible to protect their statutory rights.

**PRIVACY ACT STATEMENT**

This form is covered by the Privacy Act of 1974, Public law 93-579. Authority for requesting and uses of the personal data are given below.

1. FORM NUMBER/TITLE DATE: SEDO FORM 1, Seattle Intake Questionnaire.
2. AUTHORITY: 42 U.S.C. subsection 2000(e)(9), 29 U.S.C. 201, 29 U.S.C. 621.
3. PRINCIPAL PURPOSES: Requests information from the charging party relevant to filing a charge of employment discrimination.
4. ROUTINE USES: Determine whether facts exist to support a charge of employment discrimination.
5. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY, AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION: Voluntary. Failure to provide information may affect whether the Commission can further process your claim.

**DECLARATION**

\* Do you wish to file a charge of employment discrimination based on the information in this questionnaire?

☑ Yes  ☐ No  ☐ Not Sure

I have read and had an opportunity to correct this Intake Questionnaire, and swear under penalty of perjury that these facts are true and correct to the best of my knowledge and belief. I further give my consent for the EEOC, to file this questionnaire as a charge, if necessary to meet timeliness purposes, and thereby give my consent for this questionnaire to be considered as a charge of discrimination.

_Tom G. Patten_         7-19-06
SIGNATURE               DATE

## SUPPORTING INFORMATION

**Identify any others who were treated the SAME as you under similar conditions.**

| Name | Race/Sex/Age | How treated the same |
|---|---|---|
| 2 Customers | Black/ | Refered to as Nasty & Loud |

**Identify any others who were treated BETTER than you under similar conditions.**

| Name | Race/Sex/Age | How treated better |
|---|---|---|
| | | |

**Identify WITNESSES who saw, heard, or have first-hand knowledge of the harm you experienced.**

1. Name: Tommie Patterson    Telephone Number: 907 245 3030    Address: 401 E 45th Ave #1
   Witness will say: Discussion was between Ms Vandiver and Myself

2. _____ (___) _____
   Witness will say:

3. _____ (___) _____
   Witness will say:

**What reason(s) were you given for the acts you consider discriminatory? Include the name(s) and title(s) of the person(s) who gave the reason(s). If you dispute the reason(s) you were given, tell us why.**

A Janitor is nobody, Janitors don't go to her boss. And what she said about the young girl. That "Those" people are so Loud and Nasty. Jamie Vandiver
And what Ms Monica Liebig Williams said after other worker called me a "nigger" Quote is if I have anything to say to the ushers come to her

IQ:revised 2/05

5