IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED
AUG 21 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| TOMMIE G. PATTERSON, | ) Case No. A06-0077 CV (TMB) |
| Plaintiff, | ) |
| vs. | ) |
| JAMIE VANDIVER, ZACK SHEETS, MONICA LIEBIG | ) |
| WILLIAMS, CHRIS TAYLOR AND REGAL ENTER- | ) |
| TAINMENT, | ) |
| Defendant | |

MOTION FOR SUMMARY JUDGEMENT

NOW COMES PLAINTIFF BY WAY OF MOTION ASKING THIS COURT FOR SUMMARY JUDGE-MENT, FOR THE FOLLOWING REASONS.

DEFENDANTS HAVE NOT MET THE REQUIREMENTS THE COURT HAS ASKED OF THEM. THEY HAVE NOT SUPPLIED ANY INFORMATION TO PLAINTIFF FOR DISCOVERY OR DISCLOSURE.

DEFENDANTS HAVE NOT DISCUSSED THE ISSUES OF PLAINTIFFS PERSONAL MAIL BEING OPENED BY MS. VANDIVER. SEXUAL HARESSMENT IS SEXUAL HARESSMENT REGARDLESS OF HOW MANY TIMES IT IS COMMITTED.

PLAINTIFF IS NOT COMPLAINING OF THE TERMINATION OF EMPLOYMENT, JUST ABOUT THE WAY PLAINTIFF WAS TREATED BY MS. VANDIVER, MS. WILLIAMS, MR. SHEETS AND MR. TAYLOR. THE RACIAL HATE THAT PLAINTIFF EXPERIENCED BY THE USHERS AT TOTEM AND THE MANAGEMENT IS SOMETHING THAT PLAINTIFF HAS TO LIVE WITH DAY AFTER DAY.

THE WORDS MS. VANDIVER USED TO PLAINTIFF AND THE TONE OF HER VOICE CUT LIKE A KNIFE THREW PLAINTIFFS FEELINGS, TO BE REFERRED TO AS A "HOUSE BOY" AND A NIGGER IS AS RACIAL AS YOU CAN GET.

BY MR. SHEETS AND MS. WILLIAMS NOT RECOGNIZING THE COMPLAINTS THAT WAS MADE BY PLAINTIFF TO THEM CLEARLY SHOWS THERE LACK OF CONCERN AND CARING ABOUT PLAINTIFFS FEELINGS. AS WELL AS PLAINTIFFS RIGHTS AS AN EMPLOYEE THAT WAS WORKING AS A JANITOR

MR. TAYLOR WAS ADVISED BY PLAINTIFF THAT MR. SHEETS WAS NOT FORFILLING HIS

1
2  OBLIGATIONS AS A REGIONAL MANAGER, BY NOT TURNING PLAINTIFFS INVOICES IN. AND AIDING
3  AND ABETTING MS. VANDIVER OPENING PLAINTIFFS MAIL.NOT ANSWERING ANY OF PLAINTIFFS
4  COMPLAINTS OR RETURNING HIS PHONE CALLS.
5      DEFENDANTS COUNSEL IS DOWN PLAYING DEFENDANTS ACTIONS, BUT NOTHING HE SAYS CAN
6  JUSTIFY MS. VANDIVER INTENT, MS. WILLIAMS LACK OF CONCERNOR MR. SHEETS LACK OF MANAGE-
7  MENT OVER HIS STAFF.
8      THE CLAIMS ARE REGARDLESS IF PLAINTIFF IS A PRIVATE CONTRACTOR OR INDEPENDENT
9  CONTRACTOR HE WAS EMPLOYED BY REGALCINEMAS, THAT IS WHO HIS CHECKS WHERE COMING FROM.
10 NEVER THE LESS THAT STILL DOES NOT CONSTITUTEOR GIVE MS. VANDIVER,MS. WILLIAMS,MR.
11 SHEETS OR MR. TAYLOR THE RIGHT TO IGNORE THE WAY PLAINTIFF WAS BEING RACIALLY
12 DISCRIMNATED AGAINST,HARESSED, HIS PERSONEL PROPERTY DESTROYED , CALLED NAMES BY
13 STAFF AND MANAGEMENT.
14     THE WAY COUNSEL IS ADDRESSING THE COURT FOR SUMMARY JUDGEMENT HES MAKING IT
15 SOUND LIKE PLAINTIFF GOT WHAT HE DISERVED AND DISERVES NO BETTER TREATMENT.
16     THEREFORE PLAINTIFF ASK THE COURT TO GRANT HIS MOTION FOR SUMMARY JUDGEMENT
17 AS A MATTER SET FORTH IN PLAINTIFFS HUMAN AND CIVIL RIGHTS.
18
19
20                                          RESPECTFULLY SUBMITTED
21                                          TOMMIE G. PATTERSON
22                                          *[signature]*
23                                          August 20, 2006
24 **CERTIFCATE OF SERVICE**                 4 01 EAST 45TH.AVENUE #1
25 THIS IS TO CERTIFY THAT ON THIS           ANCHORAGE,AK. 99503
26 20TH DAYOF AUGUST 2006 A TRUE AND
27 CORRECY COPY OF THE FOREGOING WAS
28 MAILED FIRST CLASS TO;
29 **RANDALL SIMPSON**
30 **3000 A STREET SUITE 300**
31 **ANCHORAGE,AK.99503-4097**
32

[Summary of 2 pleading] -