Randall G. Simpson
AK Bar No. 7710166
3000 A Street, Suite 300
Anchorage, Alaska  99503
Telephone (907) 563-8844
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TOMMIE G. PATTERSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JAMIE VANDIVER, ZACK SHEETS MONICA LIEBIG/WILLIAMS, CHRIS TAYLOR AND REGAL ENTERTAINMENT,<br><br>　　　　Defendants. | Case No. A06-0077 CV (TMB) |

## OPPOSITION TO MOTION OF RIGHTS

　　　Defendants are unclear what relief Plaintiff is seeking by his Motion of Rights.  It appears to be a recitation of grievances over Defendant's filing a Motion for Summary Judgment.  But, the motion also includes an attachment of the Alaska Human Rights Commission response to Patterson's complaint filed with the EEOC.  This Notice indicates that so long as the EEOC is handling the matter under the "terms of the worksharing agreement" between the EDOC and the Alaska State Commission for Human Rights, the Commission would refrain from investigation.  Presumably now that

the EEOC has dismissed the matter, the Alaska State Commission for Human Rights will commence its investigation.

                                                JERMAIN, DUNNAGAN & OWENS, P.C.
                                                Attorneys for Defendants

Dated 9/6/06        By:    */s/* Randall G. Simpson
                                        Randall G. Simpson
                                        JERMAIN, DUNNAGAN & OWENS
                                        3000 A Street, Suite 300
                                        Anchorage, AK 99503
                                        Phone (907) 563-8844
                                        Fax (907) 563-7322
                                        rsimpson@jdolaw.com
                                        Alaska Bar No. 7710166

**CERTIFICATE OF SERVICE**

This is to certify that on this 6th day of September, 2006, a true and correct copy of the foregoing was mailed first class to:

Tommie Patterson
401 E. 45th Avenue #1
Anchorage, Alaska 99503


*/s/Randall G. Simpson*
Randall G. Simpson

OPPOSITION TO MOTION OF RIGHTS
*Patterson v. Vandiver, et al.*
Case No. A06-0077 CV (TMB)
{00129831 }