Randall G. Simpson
AK Bar No. 7710166
3000 A Street, Suite 300
Anchorage, Alaska  99503
Telephone (907) 563-8844
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TOMMIE G. PATTERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMIE VANDIVER, ZACK SHEETS MONICA LIEBIG/WILLIAMS, CHRIS TAYLOR AND REGAL ENTERTAINMENT,<br><br>    Defendants. | Case No. A06-0077 CV (TMB) |

## OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT SECOND PLEADING

Defendants oppose Plaintiff's Motion for Summary Judgment on the simple ground that he fails to establish that there are no genuine issues of fact in dispute to preclude entry of judgment in favor of the moving party.

With regard to the specific items addressed in the motion, Defendants respond first that Defendants have provided Rule 26 disclosures to Plaintiff dated August 30, 2006 as required by the Scheduling and Planning Order and the parties' extension of same.

Second, Defendants have not "discussed" the issues of mail tampering and sexual harassment because the issue before the court is whether or not the Plaintiff is an

"employee" and entitled to relief under the federal jurisdiction of Title VII. In this regard, Defendants note that Plaintiff Tommie Patterson states in his Motion for Summary Judgment that "Plaintiff is not complaining of the termination of employment." He admits that this is not a "termination of employment" case. This admission takes the matter out of the jurisdiction under Title VII.

Defendants have filed a Motion for Summary Judgment on a jurisdictional basis that is currently pending. It sets forth in greater detail the basis for opposition to Plaintiff Patterson's assertion of his employment status not being of any significance. Patterson's complaint here is not over any adverse employment action. His complaint is over insensitive "treatment" or lack of respect that he experienced from co-employees and ushers at the Regal Cinema Theaters.

Third, Plaintiff's motion for judgment based on claims of tone of voice and "lack of concern and caring about Plaintiff's feelings" do not constitute a cause of action for employment discrimination. For example, his claim for sexual harassment is based solely on Ms. Vandiver making a single comment about his physique. There is no allegation of any inappropriate offers, quid pro quo or hostile environment. See, Patterson Deposition pp. 79-81. These are not claims subject to summary judgment.

Finally, Defendants dispute the specific assertion by Patterson that he was sexually discriminated or claims that his mail was tampered with or that individual managers of Regal Cinema or Regal Cinema had any part in or/countenance or approved racial epithets used by ushers at the Totem Theater. In fact, at Patterson's deposition he stated

that he is the one who had his "check" delivered to the Totem Theater where it was inadvertently opened. He then asserted that his discrimination on the basis of sex was because Ms. Vandiver used her "sex" as female to get another Regal manager to sign off on her "mail tampering." See Patterson Deposition, p. 66. He also has explained that the racial discrimination was because managers told him to "Quote" contact the manager instead of confronting the ushers about the use of the word "nigger." See Patterson Questionnaire filed with EEOC and signed July 19, 2006. This evidence does not demonstrate that any defendant made or caused or countenanced any such conduct.

Therefore, the Court should deny Plaintiff's motion for summary judgment and enter summary judgment as previously requested in Defendant's motion.

JERMAIN, DUNNAGAN & OWENS, P.C.
Attorneys for Defendants

Dated  9/6/06          By:     */s/* Randall G. Simpson
                                Randall G. Simpson
                                JERMAIN, DUNNAGAN & OWENS
                                3000 A Street, Suite 300
                                Anchorage, AK  99503
                                Phone (907) 563-8844
                                Fax (907) 563-7322
                                rsimpson@jdolaw.com
                                Alaska Bar No. 7710166

**CERTIFICATE OF SERVICE**

This is to certify that on this 6th day of September, 2006, a true and correct copy of the foregoing was mailed first class to:

Tommie Patterson
401 E. 45th Avenue #1
Anchorage, Alaska 99503

*/s/Randall G. Simpson*
Randall G. Simpson

OPPOSITION TO MOTION FOR SUMMARY JUDGMENT
*Patterson v. Vandiver, et al.*
Case No. A06-0077 CV (TMB)                                                              Page 3 of 3
{00129834 }