IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA



TOMMIE G. PATTERSON,
    Plaintiff,

vs.

JAMIE VANDERVER, ZACK SHOCK,
MONICA LIEBIG/WILLIAMS, CHRIS
TAYLOR AND REGAL
ENTERTAINMENT,
    Defendants.

_____

Case No. A06-0077CV (TMB)


VIDEOTAPED DEPOSITION OF TOMMIE G. PATTERSON,

Pages 1-166, inclusive

Commencing at 1:27 p.m.

Friday, June 30, 2006

Anchorage, Alaska


Alaska Stenotype Reporters
511 West Ninth Avenue
Anchorage, AK 99501-3520
Serving Alaska Since 1953

Rick D. McWilliams, RPR, Ret.    Telephone 907.276.1680
Fred M. Getty, RPR, Ret.        Email AkSteno@aol.com
                              Fax 907.276-8016

Page 1

Page 66

1 you know, you're French or Italian or, you know, some
2 other nationality. Are you alleging any discrimination
3 based on some national orgin?
4    A.   Well, if you look at me, even though I was born
5 in the United States, the first thing you would say is
6 I'm an African decent. That will tell you exactly what
7 I'm talking about.
8    Q.   So it's the same as African American?
9    A.   Yeah.
10   Q.   Which is race?
11   A.   Right. Race, yeah.
12   Q.   I just wanted to make sure you weren't also
13 Italian American or something else.
14   A.   No.
15   Q.   Okay. Now, the other one you checked is my
16 sex. Can you tell me what basis or what specific
17 defendant conduct was discriminatory where you were
18 treated differently because you were male?
19   A.   I'm going to say that Ms. Vanderver she took
20 and used Mr. Sheets and used herself as a woman to go to
21 him and get him to sign off on something before he even
22 investigated it, before he found out what was going on,
23 got him to sign off on something that was against the
24 law, illegal. And she used herself as a woman. Because
25 I heard her tell -- I don't know this guy.

Page 67

1    Q.   And what, specifically, that was against the
2 law that she was --
3    A.   She opened my check. She opened my mail. She
4 opened my mail.
5    Q.   And she got Mr. Sheets to sign off on it. What
6 do you mean she got Mr. Sheets --
7    A.   Well, what she did was this right here. I
8 had -- I had some problems receiving my check. They were
9 coming in sometime and I didn't know when they were
10 coming in. I'm saying it seemed like somebody was
11 messing with the mail.
12   Q.   So this was through the U.S. mail?
13   A.   Yeah, yeah. We had moved from downstairs in
14 Apartment 3 up to Number 1. And some kind of way my
15 check wasn't coming to me. I wasn't getting my checks.
16   Q.   Where were they going?
17   A.   That's why I asked -- I called the office in
18 Tennessee and I asked a lady called Dolly. I told her
19 what was happening. She said, "Okay, Mr. Patterson."
20 Nice lady. She said, "Okay, Mr. Patterson, what I'll do
21 is this right here." She said because -- I was getting
22 my checks at Fireweed. I told her send them to Fireweed.
23 I said until I can get this straightened out and I'll let
24 you know what's going on. She said, "Well, I'll send
25 them there until you tell me different." All right.

Page 68

1    Q.   So it would be hand delivered from the Totem
2 office to the Fireweed office?
3    A.   No, they was delivered from the mail. The mail
4 would bring them and drop them off at Totem.
5    Q.   Okay. From Tennessee?
6    A.   From Tennessee. I would pick them up at Totem.
7 Well, what was happening is, Ms. Vanderver was asking
8 me -- kept asking me how much money I made, how much
9 money I made. And it don't take no rocket scientist or
10 genius to figure this out. Mike, he knew my checks were
11 coming and he gave my checks before.
12   Q.   Mike who?
13   A.   He was one of the GMs. He was one of the
14 managers over there.
15   Q.   Do you know his last name?
16   A.   No, I don't know his last name. He just left
17 not long ago. I want to call her Ashley, but her name is
18 not Ashley. Her name is something else. She's a
19 little -- I guess she's a Filipino girl, she would give
20 me my checks, and I got my checks from David.
21   Q.   Do you know David's last name?
22   A.   David Stats, he gave me my checks. And my
23 check was just coming in and Ms. Vanderver kept asking me
24 how much money I make. So I go home and I stop -- and
25 I'm going to look at my wife when I say it. I looked at

Page 69

1 Marion, and I said, "You know what, baby? What?" I
2 said -- and these are the words I said. I said, "Jamie
3 going to open one of them checks." She said, "Why you
4 say that?" I said, "She know how much I make at Fireweed,
5 but she don't know how much I make at Totem. And the
6 only way for her to find out what I make at Totem is to
7 open up one of them checks."
8    Q.   Now how -- and she opened a check?
9    A.   She opened that check.
10   Q.   How did she open the check?
11   A.   I wasn't there. Well, she called me and told
12 me she opened it.
13   Q.   Was it something delivered from Totem to
14 Fireweed?
15   A.   It was delivered from Tennessee to Fireweed.
16   Q.   Well, I thought they were delivering to Totem?
17   A.   Huh-uh. They delivered from Tennessee to
18 Fireweed.
19   Q.   And would the checks for Totem go from
20 Tennessee to Totem?
21   A.   From Tennessee to Totem.
22   Q.   Okay. So which ever theater the checks would
23 go to?
24   A.   All -- like my check would come to Totem.
25   Q.   Okay.

Page 78

1  because I'm not going to clean it for no $300.
2  Q. I thought that was the popcorn stand, not
3  the --
4  A. The session stand is the popcorn.
5  Q. Okay.
6  A. They call it session stand.
7  Q. Okay.
8  A. And she asked me to cut -- take a cut in pay
9  because I'm cutting in on her bonus. And I feel -- made
10 me feel like that if -- I'm a man, she's a woman. I
11 should have a little sympathy for her, you see? And I
12 just told her no. And that's what made me know that she
13 was using herself.
14 Q. But your pay didn't get cut?
15 A. No, it didn't get cut.
16 Q. And I thought you said that you normally
17 cleaned up the floor around the concession?
18 A. I mopped.
19 Q. You mopped it?
20 A. I mopped it.
21 Q. So you didn't clean --
22 A. I didn't clean the popcorn machine.
23 Q. Didn't clean the concession stand?
24 A. No, I didn't clean the concession stand. I
25 just mopped behind the concession stand. I did the

Page 79

1  floor. I did the floor.
2  Q. Okay.
3  A. Because that's the only way we had to go back
4  behind. Unless I got supplies in the janitor's closet,
5  in the janitor's room. That's the only way I had to go
6  through to get supplies to clean with. They furnished
7  supplies and I furnished some of the supplies, too.
8  Q. Any other conduct where you were treated
9  differently because you were male?
10 A. One day me and Ms. Vanderver -- I was working
11 in the lobby, and I think it was me and Tetland. I think
12 Tetland was standing there, and I can't remember who else
13 was standing there. And it was after -- I guess
14 everybody was gone out of theater and were standing there
15 and I was working. I had on a tank top. And she asked
16 me did I get like this from working at Fireweed.
17     I said, "Get like what?" She said get your body
18 like that? I said, "Oh, no, no, no." I said, "I work
19 out at home. I got weights at home." And when she was
20 saying it -- I'm going to say it like this. If you watch
21 her sometimes she plays with her hair. She twirls her
22 hair and she be looking at me like (indicating) and I
23 just turned and walked away.
24     And a couple of days later I was out there
25 running the vacuum up and down the floor, and she was

Page 80

1  back there getting money out of the cash drawers. She
2  was taking the cash drawers out. They take the whole
3  drawer out. And she was -- like I said, in a daze like,
4  staring at me like that (indicating). And I felt kind
5  of -- I came home and told Marion about that. I said, "I
6  don't like the way Jamie keep looking at me."
7  Q. Did she ever make any proposition to you for
8  sex?
9  A. No.
10 Q. Did she ever make any statement to you that you
11 should have sex with her?
12 A. No.
13 Q. And as far as this -- asking about your
14 muscles, did that cause you any emotional distress?
15 A. No, but it made me feel uneasy. You know, the
16 reason why it made me feel uneasy is because, you know,
17 I'm in that theater, and she be left there a lot of
18 nights, and she be there by herself some nights, and I'd
19 be there by myself some nights. Which David be there
20 sometimes, but he'd work upstairs. And we got Chris
21 there now, Tetland, she be there now. And I forgot who
22 the other guy is, but they sometimes leave before she do.
23 Q. Did her comments cause you any fear?
24 A. Kind of.
25 Q. In what way?

Page 81

1  A. It gave me like a standoff, like I don't want
2  to really talk to her. And the way that she run up on me
3  that time when she got angry about, "I'm your boss. I'm
4  your boss." It kind of, you know, like (indicating).
5  Q. So you were afraid of her?
6  A. Kind of. Kind of. That's when I kind of
7  stayed away from her. After she opened my mail, I went
8  in that evening, she come up, "I want to talk to you,
9  Tommie." I said, "We done said what we got to say."
10     I had already made my mind up that I'm filing
11 this right here. I already made my mind up.
12 Q. When did that happen in relation to opening the
13 mail?
14 A. That happened the same day that she opened the
15 mail.
16 Q. Okay.
17 A. That happened the same day she opened it.
18 Q. So it all happened the same time, and that was
19 two weeks before the meeting with Mr. Sheets?
20 A. Yeah.
21 Q. About?
22 A. Yeah. But that happened -- that second thing
23 happened way before then. It happened before the meeting
24 between me and Mr. Sheets.
25 Q. Oh, it did?