## SUPPORTING INFORMATION

**Identify any others who were treated the SAME as you under similar conditions.**

| Name | Race/Sex/Age | How treated the same |
|---|---|---|
| 2 Customers | Black/ | Refered to As Nasty + Loud |
| | | |
| | | |

**Identify any others who were treated BETTER than you under similar conditions.**

| Name | Race/Sex/Age | How treated better |
|---|---|---|
| | | |
| | | |
| | | |

**Identify WITNESSES who saw, heard, or have first-hand knowledge of the harm you experienced.**

Name — Telephone Number — Address

1. Tommie Patterson  907 245 3030   401 E 45th Ave #1
Witness will say: Discussion was between Ms Vandiver And Myself

2. _____ (   ) _____ _____
Witness will say: _____

3. _____ (   ) _____ _____
Witness will say: _____

**What reason(s) were you given for the acts you consider discriminatory? Include the name(s) and title(s) of the person(s) who gave the reason(s). If you dispute the reason(s) you were given, tell us why.**

A Janitor is nobody, Janitors don't go to her boss. And what she said About the young girl, That "Those" people Are so loud and Nasty. Jamie Vandiver
And what Ms Monica Liebig Williams said After other worker called me a nigger. "Quote is I have Anything to say to the ushers come to her

IQ:revised 2/05

5

PLEASE ATTACH A STATEMENT OF ANY OTHER FACTS THAT YOU BELIEVE ARE IMPORTANT TO YOUR CASE. GIVE NAMES AND JOB TITLES OF PERSONS INVOLVED.

OTHER INFORMATION:

CHECK TYPE OF REPRESENTATIVE: _____ lawyer _____ union _____ family member

Name: _____

Telephone: ( ___ ) _____ Fax ( ___ ) _____

Address: _____

City: _____ State: _____ ZIP: _____

**IMPORTANT INFORMATION**

It is important that you stay in contact with this office concerning your potential charge of discrimination. This questionnaire does not necessarily constitute a minimally-sufficient charge, nor does submission of this questionnaire necessarily fulfill the statutory requirement to file a minimally-sufficient charge within 300 calendar days of the alleged discriminatory action. We recommend that persons with potential discrimination charges complete the formal charge filing process as quickly as possible to protect their statutory rights.

**PRIVACY ACT STATEMENT**

This form is covered by the Privacy Act of 1974, Public law 93-579. Authority for requesting and uses of the personal data are given below.

1. FORM NUMBER/TITLE DATE: SEDO FORM 1, Seattle Intake Questionnaire.
2. AUTHORITY: 42 U.S.C. subsection 2000(e)(9), 29 U.S.C. 201, 29 U.S.C. 621.
3. PRINCIPAL PURPOSES: Requests information from the charging party relevant to filing a charge of employment discrimination.
4. ROUTINE USES: Determine whether facts exist to support a charge of employment discrimination.
5. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY, AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION: Voluntary. Failure to provide information may affect whether the Commission can further process your claim.

**DECLARATION**

* Do you wish to file a charge of employment discrimination based on the information in this questionnaire?

☑ Yes ☐ No ☐ Not Sure

I have read and had an opportunity to correct this Intake Questionnaire, and swear under penalty of perjury that these facts are true and correct to the best of my knowledge and belief. I further give my consent for the EEOC, to file this questionnaire as a charge, if necessary to meet timeliness purposes, and thereby give my consent for this questionnaire to be considered as a charge of discrimination.

_____   7-19-06
SIGNATURE                        DATE

6