```
                IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF ALASKA
```

RECEIVED

SEP 2 5 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

```
TOMMIE G. PATTERSON           )
                              )
        Plaintiff,            )
                              )   CASE NO; A06-0077CV (TMB)
    vs.                       )
                              )
JAMIE VANDIVER, ZACK SHEETS,  )
                              )
MONICA                        )
                              )
LIEBIG WILLIAMS, CHRIS TAYLOR

AND

REGAL ENTERTAINMENT

        Defendant
```

**MOTION TO OPPOSE NAMES USED BY DEFENDANTS ATTORNEY**

COMES NOW PLAINTIFF TOMMIE PATTERSON BY WAY OF MOTION, ASKING THIS COURT TO ORDER DEFENDANTS ATTORNEY RANDALL G. SIMPSON TO CORRECT THE NAME THAT HE IS USING TO DISCRIBE PLAINTIFF.

PLAINTIFF IS NOT AN ' AFRO AMERICAN ' HIS NAME IS TOMMIE PATTERSON, MR. PATTERSON OR THE PLAINTIFF IN THIS CASE.

THE NAME AFRO AMERICAN IS A HAIR STYLE NOT THE WAY TO DISCRIBE A NATIONALITY OR A PERSON OR GROUP.

[Summary of1pleading] -

```
 1
 2       MOREOVER PLAINTIFF FEELS THAT MR. SIMPSON IS TRYING TO
 3  FIND NAMES TO MAKE PLAINTIFF LOOK AND FEEL BAD. THEREFORE
 4  PLAINTIFF IS ASKING THIS COURT TO GRANT THIS ORDER AND MOTION.
 5
 6                              RESPECTFULLY SUBMITTED
 7                              [signature]
 8                              TOMMIE G. PATTERSON
 9                              401 EAST 45TH. AVENUE #1
10                              ANCHORAGE, AK. 99503
11                              9/21/06
12  CERTIFCATE OF SERVICE
13  THIS IS TO CERTIFY THAT A TRUE
14  AND CORRECT COPY OF THE FOREGOING
15  WAS MAILED FIRST CLASS MAIL TO
16  RANDALL G. SIMPSON
17  3000 A STREET SUITE 300
18  ANCHORAGE, AK. 99503
19  SEPTEMBER 21 2006
20
21
22
23
24
25
```

[Summary of 2 pleading] -