RECEIVED
OCT 0 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

TOMMIE G. PATTERSON,                ) Case No.:
                                    )
        Plaintiff,                  )   A06-0077 CV (TMB)
                                    )
    vs.                             )
                                    )
JAMIE VANDIVER, ZACK SHEETS,        )
                                    )
MONICA LIEBIG WILLIAMS, CHRIS       )
                                    )
YTAYLOR AND REGAL
ENTERTAINMENT,
        Defendant

MOTION FOR DISMISSAL OF SUMMARY JUDGEMENT

NOW COMES PLAINTIFF BY WAY OF MOTION ASKING THIS COURT TO DISMISS DEFENDANTS SUMMARY JUDGEMENT MOTION. FOR THE FOLLOWING REASONS. MR. SIMPSONS IN HIS OPPSITION TO MOTION OF RIGHTS DATED THE 6TH. OF SEPTEMBER HE STATED THAT EEOC HAD DISMISSED PLAINTIFF CASE, WHEN IN FACT EEOC HAS APPROVED HIS RIGHT TO SUE SEE EXHIBIT #1 . AND ARE IN COMPLETE COMPLAINCE WITH THEM.
  ALSO IN HIS OPPOSITION;
  **CAUSE OF ACTION;**
  1.   PLAINTIFFS MAIL WAS OPENED BY MS. VANDIVER AT FIREWEED **WHERE HE WORKED..**
  US VS. PALMER CITE AS 864 F.2D 524 (7TH CIR. 1988)
IN PALMER DEFENDANT OPENED A LETTER SHE FOUND IN HER MAILBOX WHICH HAD BEEN IN THE CUSTODY OF THE POSTAL SYSTEM, BEFORE IT HAD BEEN DELIVERED TO THE ADDRESSEE VIOLATED STATUE PROHIBITING A PERSON FROM TAKING A LETTER BEFORE IT HAS BEEN DELIVERED TO

[**Summary of pleading**] -                                              1

1  THE PERSON TO WHOM IT HAS BEEN DIRECTED. 18 U.S.C.A. 1702.
2  CARRIES A FINE NOT MORE THAN $2000.00 OR IMPRISONED NOT MORE
3  THAN FIVE YEARS OR BOTH. SECTION 1708 IN PART.
4
5     2.    PLAINTIFF WAS SEXUALLY HARRESSED AT FIREWEED THEATRE **WHERE**
6          **HE WORKED.**
7     3.    PLAINTIFF WAS RACIALLY DISCRIMNATED AGAINST AT TOTEM
8          THEATRE BY MONICA WILLIAMS USHERS BY CALLING HIM A
9          "NIGGER". **WHERE HE WORKED.**
10 MS. WILLIAMS AND MR. SHEETS IGNORED ALL OF PLAINTIFFS MEMOS OR
11 VERBAL COMPLAINTS ABOUT THESE ISSUES.THEREBY CONDONING THERE
12 ACTIONS.
13
14 IN MR. SIMPSONS ANSWER HE STATED THAT PLAINTIFF WAS NOT
15 DAMAGED BY THE DEFENDANTS ACTIONS. WHAT ARE MR. SIMPSONS VIEWS
16 ON DAMAGING A PERSON MENTALLY OR PHYSICALLY ?
17 THE WAY MS. VANDIVER USED HER WORDS TO AND AT PLAINTIFF FELT
18 LIKE A FIST IN MY FACE .AND BY REFERRING TO PLAINTIFF AS A
19 " **HOUSE BOY**"MAKES PLAINTIFF THINK WHY WAS SHE BEING SO RUDE AND
20 ANGRY TOWARDS PLAINTIFF.
21
22 THEREFORE WE ARE ASKING THIS COURT TO GRANT PLAINTIFFS MOTION
23 AND DENY SUMMARY JUDGEMENT TO DEFENDANTS.
24
25                 RESPECTFULLY SUBMITTED
26                 TOMMIE G. PATTERSON
27                 *[signature]*
28                 401 EAST 45TH. AVENUE #1
29                 ANCHORAGE,AK.99503
30                 907-245-3030
31                 OCTOBER 5TH.2006
32

|    |                                                      |
|----|------------------------------------------------------|
| 1  |                                                      |
| 2  |                                                      |
| 3  |                                                      |
| 4  |                                                      |
| 5  |                                                      |
| 6  | **CERTIFICATE OF SERVICE**                           |
| 7  | THIS IS TO CERTIFY THAT ON THIS                      |
| 8  | 5TH. DAY OF OCTOBER 2006 , A TRUE                    |
| 9  | AND CORRECT COPY OF THE FOREGOING                    |
| 10 | WAS MAILED FIRST CLASS TO; *TP*                      |
| 11 |                                                      |
| 12 | RANDALL G. SIMPSON                                   |
| 13 | 3000 A STREET SUITE 300                              |
| 14 | ANCHORAGE AK.99503                                   |
| 15 |                                                      |
| 16 |                                                      |
| 17 |                                                      |
| 18 |                                                      |
| 19 |                                                      |
| 20 |                                                      |
| 21 |                                                      |
| 22 |                                                      |
| 23 |                                                      |
| 24 |                                                      |
| 25 |                                                      |
| 26 | OPPOSITION TO MOTION FOR SUMMARY JUDGEMENT           |
| 27 | PATTERSON VS VANDIVER,ET AL.                         |
| 28 | CASE NO.A06-0077 CV (TMB)                            |
| 29 |                                                      |
| 30 |                                                      |
| 31 |                                                      |
| 32 |                                                      |

[Summary of pleading] -                                              3