661 E Fireweed Ln
Anchorage AK 99503

April 17, 2006

To whom it may concern:

I will begin with the accusations/statements that Tommy wrote about me. With regards to the General Harassment nothing Tommy states is true. Showing dislike, losing and forgetting to submit invoices, yelling and spitting. None of this happened. The only part of this I will even elaborate on is the situation with closing the drains. To begin with, we were having odor issues in the auditoriums, Zach Sheets (who Tommy refers to as Zack Shock), my district manager, suggested we see if Tommy could poor some concrete in the drains and close off the drains altogether. When I brought this up to Tommy he proceeded to argue with me, telling me we would be creating a bigger mess. I explained to him that the drains were not necessary. To my understanding, he called Zach and Zach told him to proceed and fill the drains with concrete. Regardless, this never did get done.

I have had several conversations with Tommy about taking problems to me before he calls Zach. The entire time Tommy worked for me he could not understand that I was his direct supervisor; it was almost as if he had a problem with it. This was very frustrating at times. I have however never yelled at Tommy or threatened to fire him. I have not even heard of the phrase "House Boys" until I read the accusations stated by Tommy. I will however admit though that I did tell Tommy on more then one occasion that I was his boss and he did need to take matters to me, for some reason or another this never really stuck with Tommy. *[handwritten: a lie]*

The Racial Hate and Discrimination claims are not true. I have never referred to any specific race as "them people" nor would I ever. I have never referred to anyone as being loud and nasty. These are not even words that I would say. There were several times when Tommy would accuse our customers of mistreating him or sneaking into theatres. If anything Tommy seemed to think it was his job to do this. There was one time when he felt that a group of young kids in my foyer were purposely trying to trip him. When he told me about it and I did not do anything to the kids I think he was very upset. Every time Tommy did point out a customer to me he was never correct, whether they were trying to "trip" him, or sneak into the theatres. Tommy has told me several times that he thinks the customers spill popcorn and make messes in the theatre to get to him. Anytime there was seat damage he would always say that customers were taking knives and cutting all of my seats. *[handwritten: lie / lie / lie / looks like a knife cut]*

Tommy has no idea who has been terminated from my theatre. To even make an accusation or assumption as that is just wrong.

I will tell the full story of Tommy's alleged "mail tampering". I was at the theatre with my husband and son watching a movie. Before my movie started I went into my office. I noticed a pile of mail sitting on the desk. I picked up what looked like our companies Petty Cash check and opened it. When seeing the amount on the check I realized it was Tommy's paycheck. At that time I sealed his paycheck in another envelope and called him to let him know what I had done. During that initial conversation Tommy did not seem to have a problem. I watched my movie and when I came out my assistants told me that Tommy had been in the theatre asking them questions such as, "Do you guys get petty cash checks? What do they look like?" and telling them that I opened his mail. I was very upset by this. I called him and asked him what was going on. At this time he told me I opened his mail on purpose and basically called me a liar. I tried to explain to him that his wages are of little importance. I know what Tommy makes and I know every invoice that gets paid. He would not listen. The next time I worked with Tommy I tried to resolve the conflict once more, at that time he would not give. He still accused me of opening his mail on purpose. We ended the conversation and that was that. *[handwritten: He kept getting in my face]*

RC - 0087

● Page 2                                                                                       April 17, 2006

Tommy had mentioned to me before that someone was tampering with his mail at the post office. He wanted to have his checks sent to the theatre. I had nothing to do with that. He contacted the corporate office and they arranged that for him. Once all of this happened I made it very clear to Tommy that we would no longer be accepting his mail at the theatre, we would not take responsibility for something like this happening again. The entire situation was ridiculous; I could not even believe it was happening.

As far as the sexual harassment claim goes I have no idea what Tommy is talking about. I never said any of the things he is accusing me of and I certainly never ran my fingers through my hair. This entire accusation is completely disturbing and insulting to me.

Tommy began working for me in December 2004, this is the time I became General Manager of the Fireweed Theatre. I thought for the most part that Tommy was a pretty good janitor. The problem however was, anytime I had a problem with Tommy's performance and brought it to his attention he was very defensive and always in denial. If I said that the toilet paper was not stocked he would insist that he stocked it and someone must have used it all. If I said the floors were not mopped, once again he would insist that they were and someone must have went in behind him and made them messy. It was starting to get aggravating. I should be able to confront a vendor and tell them what they need to be doing better; this was not the case with Tommy. Not only would he deny any of it but he would get offended and treat me like I was making it up just to get at him for something.

Tommy had many different people coming into the theatre to help him very regularly. I would say in the year and a half he worked for me that he had at least 50 different people helping him. This drove us all crazy. We had no idea who these people were and what they were capable of. With our theatre being broke into twice and robbed once in the last year and a half this is not a comforting feeling. When I tried to talk to Tommy about this, once again, he was very defensive and did not want to hear what I had to say about it. He also informed me at that time that he pays them under the table the day they come to help him.

There were several times when Tommy would bring up his "contract". In his contract Zach Sheets said he could do all the building maintenance for $25/hr according to Tommy. When I asked him if I could see this contract he told me he did not have it. These issues came up when I told him to quit changing light bulbs in my building. Tommy is the only person I know that takes 2 hours to change a bulb and this is not cost effective for our operations. He also claimed to have been doing seat repairs. I asked him to bring me the seat covers he had replaced, this never happened. Everything was always great for Tommy as long as I was not doing my job as a General Manager. One of my jobs as a General Manager is to make sure contractors and vendors are completing the jobs they submit invoices for. Tommy seemed to have a real issue with this. He even submitted a very unnecessary letter to Zach Sheets, informing him that he would no longer be doing maintenance at the Fireweed Theatre because the manager requested him not to.

For some reason Tommy told his many different employees that they were allowed free movies. I am not really sure where Tommy got this from but I have told him on more then one occasion that I will not pass his employees into the theatre. I told him that I would be more then happy to pass him in, not his employees though. (He went through them too fast, who could keep track). Every time we refused his employees passes he would tell us that Zach said he gets free passes and said he would just call Zach and talk to him about it. Once again, another situation when Tommy did not trust me or want to deal with me. I of course, emailed Zach and found out if this was something he had agreed on before I took over the Fireweed Theatre, and of course it was not.

Tommy cleaned the theatre pretty good until he starting doing work for the Totem theatre as well. His performance most definitely slipped. On top of that he would come in and constantly complain about the work he had to do at Totem. How horrible there ushers were and that they were lazy. He also accused them of sabotaging his equipment. It was ridiculous to even have to listen to.

RC - 0088

● Page 3                                                                                    April 17, 2006

Tommy was never satisfied with his wages either. He always complains about money. When is he going to get paid, he needs more money, Totem should give him a raise, and so on and so fourth. It just got to the point of almost unbearable. When Tommy's paychecks were being sent to the theatre he drove my assistants crazy. He would come in several times a day, "has my paycheck arrived yet?" When I would come into the theatre to work my shift that is the first thing they would tell me. I would not even tolerate behavior like this from one of my employees. *pujury carries 10 yrs*


Sincerely,


Jamie M. Vandiver
General Manager
Fireweed Theatre


RC - 0089