```
                IN THE UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF ALASKA


TOMMIE G. PATTERSON           )
                              )
         Plaintiff,           )
                              )    CASE NO.
     vs.                      )         A06-0077 CV (TMB)
                              )
JAMIE VANDIVER, ZACK SHEETS,  )
                              )
MONICA LIEBIG WILLIAMS, CHRIS )
                              )
TAYLOR AND REGAL

ENTERTAINMENT.,

         Defendant
```

**MOTION FOR PROTECTIVE ORDER**

NOW COMES PLAINTIFF BY WAY OF MOTION ASKING THIS COURT FOR A PROTECTIVE ORDER , PURSUING TO FED.RULE P 26 (C) FOR THE FOLLOWING REASONS.

DEFENDANTS ARE NOT TRYING TO HONOR ANY OF THE REQUEST BY PLAINTIFF UNDER DISCLOURES.

PLAINTIFF HAVE TAPED CONVERSATIONS BY THE DEFENDANTS AND VIDEO TAPES THAT ARE GOING TO BE USED AT TRIAL.

PLAINTIFF FEELS FROM DEFENDANTS LETTERS AND STATEMENTS THAT DEFENDANTS ARE GOING TO CHANGE WHAT THEY HAVE ALREADY SAID, IF THEY HAVE ACCESS TO THESE TAPED DOCUMENTS BEFORE TRIAL.

THEREFORE TO PROTECT PLAINTIFFS RIGHTS HE IS ASKING THIS COURT FOR THIS MOTION TO BE GRANTED FED.RULE CIVIL P 26 (C ).

```
 1
 2
 3                                    RESPECTFULLY SUBMITTED
 4
 5                                    TOMMIE G. PATTERSON
 6
 7                                    [signature: Tommie Patterson]
 8                                    401 EAST 45TH. AVENUE #1
 9                                    ANCHORAGE, ALASKA 99503
10                                    October 12 2006
11
12
13
14
15
16   CERTIFICATE OF SERVICE
17   THIS IS TO CERTIFY THAT
18   A TRUE AND CORRECT COPY
19   OF THE ABOVE DDOCUMENT
20   WAS SREVED ON THE 12 TP
21   OF OCTOBER , 2006 TO;
22
23   RANDALL SIMPSON
24   3000 A STREET SUITE 300
25   ANCHORAGE, AK. 99503
26
27
28
```

[**Summary of pleading**] -                                         2