Randall G. Simpson
AK Bar No. 7710166
3000 A Street, Suite 300
Anchorage, Alaska  99503
Telephone (907) 563-8844

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TOMMIE G. PATTERSON,<br><br>Plaintiff,<br><br>vs.<br><br>JAMIE VANDIVER, ZACK SHOCK, MONICA LIEBIG/WILLIAMS, CHRIS TAYLOR AND REGAL ENTERTAINMENT,<br><br>Defendants. | Case No. A06-0077 CV (TMB) |

**RESPONSE TO PLAINTIFF'S
MOTION FOR PROTECTIVE ORDER**

Plaintiff, Tommie G. Patterson, apparently has undisclosed witness statements and tape recordings of individual named Defendants that he has not disclosed.  Under Rule 26, responses to Defendants' requests for relevant evidence, Plaintiff should have disclosed this material.  Stead, he seeks a "Protective Order" to prevent Defendants from reviewing these relevant and discoverable documents.

{00134525 }

A Protective Order is neither justified nor an appropriate remedy. All relevant witness statements and tape recordings of parties must be turned over. Plaintiff's request for protective order is ill-conceived and should be denied.

DATED this 27th day of October, 2006.

          JERMAIN, DUNNAGAN & OWENS, P.C.
          Attorneys for Defendants

:         By: /s/ Randall G. Simpson
          Randall G. Simpson
          JERMAIN, DUNNAGAN & OWENS
          3000 A Street, Suite 300
          Anchorage, AK 99503
          Phone (907) 563-8844
          Fax (907) 563-7322
          rsimpson@jdolaw.com
          Alaska Bar No. 7710166

**CERTIFICATE OF SERVICE**

This is to certify that on this 27th day of October, 2006, a true and correct copy of the foregoing was mailed first class to:

Tommie Patterson
401 E. 45th Avenue #1
Anchorage, Alaska 99503

/s/Randall G. Simpson
Randall G. Simpson

#134525

DEFENDANT REGAL CINEMA, INC.'S RESPONSE TO MOTION FOR PROTECTIVE ORDER
*Patterson v. Shock, et al..*
Case No. A06-0077 CV    Page 2 of 2