IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TOMMIE G. PATTERSON,<br><br>              Plaintiff,<br>   vs.<br><br>JAMIE VANDERVER, ZACK SHOCK, MONICA LIEBIG/WILLIAMS, CHRIS TAYLOR AND REGAL ENTERTAINMENT,<br><br>              Defendant. | Case No. 3:06-cv-00077 TMB<br><br>**JUDGMENT**<br>**IN A CIVIL CASE** |

      \_\_\_    **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

      _X_    **DECISION BY COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this matter is DISMISSED WITH PREJUDICE.

APPROVED:


/s/ Timothy M. Burgess
    **TIMOTHY M. BURGESS**
    United States District Judge

| | |
|---|---|
| November 3, 2006 | IDA J. ROMACK |
| Date | Clerk |