IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

RECEIVED

NOV 0 6 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

TOMMIE G. PATTERSON )
)
     Plaintiff, ) CASE NO. 3-06-CV-77 TMB
)
vs. )
)
JAMIE VANDIVER, ZACK SHEETS, )
)
MONICA LIEBIG WILLIAMS, CHRIS )
)
TAYLOR AND REGAL ENTERTAINMENT

     Defendant

## MOTION TO RECONSIDER ORDER GRANTING

## DEFENDANTS MOTION FOR SUMMARY JUDGEMENT

COMES NOW PLAINTIFF BY WAY OF MOTION ASKING THIS COURT TO RECONSIDER THE COURTS ORDER GRANTING THE DEFENDANTS SUMMARY JUDGEMENT. PLAINTIFF IS IN TOTAL DISBELIEF THAT A DISTRICT COURT JUDGE COULD BE SO DISHONEST IN HIS DISMISSAL OF ALL OF PLAINTIFFS MOTIONS ,AND CLAIMS, KNOWING THAAT PLAINTIFF HAVE TAPED CONVERSATIONS OF DEFENDANTS VERBILE ABUSE AS WELL VIDEOS OF DAMAGE PROPERTY.

    THIS COURT IS SAYING THAT DEFENDANTS HAD THE RIGHT TO ABUSE PLAINTIFF REGARDLESS IF PLAINTIFF WAS AN EMPLOYEE OR NOT. THERE-

1 FORE PLAINTIFF HAVE NO RIGHTS TO COMPLAIN ABOUT BEING CALLED A
2 NIGGER OR BEING SEXUALLY HARRESSED OR NO RIGHT TO SAY ANYTHING
3 ABOUT HIS MONEY OR MAIL. PURSUING TO TITLE V11 OF THE CIVIL
4 RIGHTS ACT OF 1964. SEE EXHIBIT 1 AND EXHIBIT 2 .
5    DEFENDANTS DID NOT SUBMITT NO AFFIDAVITSOR PROOF THAT THEY
6 DID NOT COMMIT THE ACTS AGAINST PLAINTIFF PURSUING TO FEDERAL
7 RULE OF CIVIL PROCEDURE 56.
8    THERE HAVE BEEN NUMUROUS OF LAWSUITS AGAINST REGAL CINEMAS
9 AND THERE MANAGERS SEE EXHIBITS 3-6 .
10    THEREFOFE PLAINTIFF ASKS THIS COURT TO RECONSIDER THIS
11 JUDGEMENT. MOREOVER TIMOTHY BURGESS SHOULD HAVE EXCUSED HIS SELF
12 FROM THIS CASE BECAUSE OF OTHER RULING IN PATTERSON MADE JUDGE
13 TIMOTHY BURGESS PREJUDUCED AND BIASED AGAINST PATTERSON.
14 PLAINTIFF WILL BE APPEALING.

[Summary of pleading] - 2

TOMMIE G. PATTERSON

*Tommie Patterson* (signature)

401 EAST 45TH. AVENUE #1

ANCHORAGE, ALASKA 99503

November 4, 2006

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT A

TRUE AND CORRECT COPY OF

THE FOREGOING WAS MAILED

NOVEMBER 4, 2006 TO;

RANDALL SIMPSON

3000 A STREET SUITE 300

ANCHORAGE, AK. 99503

[**Summary of pleading**] - 3