RECEIVED *Exhibit 2*
NOV 0 6 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# YAHOO! SEARCH

Help - Help for Webmasters

« back to results for "**sexual haressment**"

Below is a cache of http://www.bilk.ac.uk/college/admissions/studentserv/haressment.htm. It's a snapshot of the page taken as our search engine crawled the Web. We've highlighted the words: **sexual haressment**

The web site itself may have changed. You can check the current page (without highlighting) or check for previous versions at the Internet Archive.

*Yahoo! is not affiliated with the authors of this page or responsible for its content.*

Text link



about us | courses | for students | for staff | for employers | vacancies | ext

Course Search [ ] Find    International Students    Press Releases

## Student Services

### Here to Help?

### Harassment and Bullying

### Advice To Staff and Student's

Harassment and bullying do not occur very often in the College, but when they do, staff will take your problem or complaint seriously. Most incidents can be solved without having to use formal procedures but the College has a Code of Practice on Personal Harassment which includes procedures designed to help sort out this problem.



### Definitions of Haressment and Bullying

#### Haressment

- Violates the dignity of a person;
- Are unwanted or unwelcome behaviours which causes you offence, discomfort or embarrassment, makes you feel unsafe, threatened or frightened and creates a stressful, intimidating or hostile environment;
- Includes negative behaviour such as teasing, ridiculing, bullying and victimization;
- May be unlawful form of discrimination;
- Are an abuse of trust and usually involve an element of unequal relationships, force or unnecessary pressure;
- May be deliberate or unintentional behaviour but will have a negative impact on the recipient;



• Can occur anywhere and may be done by anyone.

## Sexual Haressment

• Is an unlawful form of discrimination;

• Is unwanted conduct behaviour usually shown by men towards women. It may also be shown by women towards men and by members of the same sex;

• Includes unwanted demands for sexual attention, including sexually explicit comments on personal appearance or physical contact to which the person has not consented or does not feel in a position to object (sexual bribery);

• Includes sexually explicit or suggestive jokes, name calling, remarks or graffiti, the exhibition or distribution of pornographic, semi-pornographic or suggestive material;

• May include suggestions that sexual favours may help your job prospects or career and that a refusal may threaten your job security, grading or student status.

## Racial Haressment

| | |
|---|---|
| • Is an unlawful form of discrimination;<br><br>• Includes name calling, racist slogans, signs or badges suggesting racial prejudice, offensive or abusive graffiti or the exhibition and/or distribution of racist material. | • Other forms of harassment include the harassment of people with learning difficulties ar people who are disabled, lesbians and gay men, and harassment related to age or religion.<br><br>• Is any hostile or offensive act or expression whi is motivated by racial dislike or hatred; |

## General Advice and Guidance

### If you feel you are able to tackle the situation yourself

Talk directly to the person causing you the difficulty or write to them
stating exactly what it is that you don't like about their behaviour.
Say that you want it to stop, be firm and direct but not rude.

say that you have talked, or will be talking to someone else about
it. Mention that you will take the matter further if it doesn't stop.

Tell your class teacher, personal or course tutor, the College nurse, a Student Services counsellor, your Union, the Personnel Office or Security Staff.



Tell your classmates, friends, representative, colleagues or family for support.

If someone else is being harassed or bullied, encourage them to report the incident or report it yourself.

### If you feel you need confidential help or advice

The Head of Student Services and the College Equal Opportunities Co-ordinators have extensive experience of dealing with such complaints and can offer counselling, advice and guidance on the fu Code of Practice on Harassment and the options available.



They can discuss with you **in confidence** how you want the situation to dealt with and will be able to take up the complaint more formally if appropriate.

They can act as mediators between you and your alleged harasser, if it is the best way of stopping the harassment/bullying.

Each Department/Section has a contact person who has been designated receive complaints and offer support.

You may feel distressed and feel better talking to someone you know initially. Ask your class teacher, personal or course tutor, College nurse o Student Services counsellor, Student Union Officer, Personnel Officers or Security staff.

## What if the harassment/bullying continues?

Most cases are resolved informally.

If you report the continued harassment, it will be dealt with in the manner most appropriate to the situation.

A refusal to alter behaviour or stop the offensive actions is considered to be misconduct and will be dealt with accordingly.

## What if I am accused of harassment/bullying?

You will get to hear about the harassment if the person you have harassed contacts you directly or if a member of staff contacts you.

You can get advice, information and support from your union or Student Services.

Confidential counselling is available to staff and students.

You will need to understand the impact of your behaviour.

You will have an opportunity to explain your actions.



You may be asked to alter the behaviour which caused the harassment.
If the complaint is serious or you refuse to alter the behaviour you may find yourself subject to Student or Staff Disciplinary Procedures.

## Staff and student relationships

Steps should be taken by staff to ensure that assessment or other academic related activities are n carried out by a member of staff who is intimately connected with a student.

Staff are advised to avoid sexual/romantic relationships with students.

Students are advised to avoid sexual/romantic relationships with staff.

## How you can help prevent harassment/bullying



Be aware of what it is, and make sure your own behaviour is not offensive.

Don't be afraid to stand up to harassment against yourself or other people who are being harassed or bullied.

## Help and advice is available from:

24 hour answerphone Freephone helpline 0800 0748412, leave message and contact details and we will contact you.

| | |
|---|---|
| **Access and Guidance Centre**<br>Grove Building<br>Great Horton Road<br>Bradford BD7 1AY<br><br>Telephone: (01274) 433042<br>e-mail: sservices@bilk.ac.uk | Louse Hart<br>Dept of Learning Support<br>Bradford College<br>H Floor<br>Westbrook Building<br>Great Horton Road<br>Bradford BD7 1AY<br><br>Telephone: (01274) 433133 (voice/minicom)<br>E-mail: l.hart@bilk.ac.uk |
| Student Union Advice Centre<br>Athlone Mall<br>Old Building<br>Great Horton Road<br>Bradford BD7 1AY<br><br>Telephone: (01274) 414314/414315<br>E-mail: student.union@bilk.ac.uk | C</font><font face="Verdana">ounselling Service<br>Student Services Centre<br>Grove Building<br>Great Horton Road<br>Bradford BD7 1AY<br><br>Telephone: (01274) 433046/235750<br>E-mail: counselling@bradford.ac.uk |

Back to top

Back to Homepage

Freedom of Information Act | Disclaimer

© 2006 Bradford College.