Case 3:06-cv-00077-TMB    Document 49-5    Filed 11/06/2006    Page 1 of 2

RECEIVED

NOV 0 6 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Exhibit 4

This is Google's cache of http://notes4.state.ak.us/pn/pubnotic.nsf/53a2e6f2d0aafc648925672a00602f03/e2cc257df6c5c20989256bc80077f28b?OpenDocument as retrieved on Sep 8, 2006 18:26:27 GMT.

Google's cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without highlighting.
This cached page may reference images which are no longer available. Click here for the cached text only.
To link to or bookmark this page, use the following url: `http://www.google.com/search?q=cache:e-1mO1_Bl-gJ:notes4.state.ak.us/pn/pubnotic.nsf/53a2e6f2d0aafc648925672a00602f03/e2cc257df6c5c20989256bc80077f28b%3FOpenDocument+regal+cinemas+employment+discrimination&hl=en&gl=us&ct=clnk&cd=74`

Google is neither affiliated with the authors of this page nor responsible for its content.

These search terms have been highlighted: **regal cinemas employment discrimination**

Home     Go Back

## Online Public Notice
State of Alaska

**Public Notices
Alaska Human Rights Commission,
Notice of Public Hearing, Jeremiah Klein
v. Regal Cinemas Kambe Theatre**

Submitted by: Linda Perez/DAS/Gov
Date Submitted: 05/29/2002 01:50 PM
Date Modified:
Ak Admin Journal: [not printed]

Attachments: No files attached

## Alaska Human Rights Commission, Notice of Public Hearing, Jeremiah Klein v. Regal Cinemas Kambe Theatre

Category: **Public Notices**
Publish Date: **05/29/2002**

Department: **Office of the Governor**
Location: **Anchorage**
Coastal District: **N/A**

**Body of Notice:**

The Alaska State Commission for Human Rights will hold a public hearing in the case of Jeremiah Klein v. **Regal Cinemas** Kambe Theatre. Mr. Klein alleged that the respondent discriminated against him on the basis of his sex and in retaliation for complaining of sex **discrimination** when it terminated his **employment** as an Assistant Manager. The Commission investigated the complaint and found substantial evidence that Mr. Klein was terminated in retaliation for complaining of sex **discrimination**. The case is scheduled for public hearing on:

Date: June 3-6, 2002
Time: 9:00 a.m.
Location: The Alaska State Commission for Human Rights
800 A Street, Suite 205
Anchorage, Alaska 99501

For additional information, interpreter services or other accommodations call (800)478-4692, TTY/TDD (800)478-3177

**Revision History:**
05/29/2002 01:50:09 PM by Linda Perez/DAS/Gov/State/Alaska/US
$$WebClient [Anon]

Home Page    Notices by: Department | Category | Publish Date