

RECEIVE
NOV 0 6 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

*Exhibit 5*

News Front Page | Forums | Blogs | Local | US | World | Business | Sports | Entertainment | Offbeat | Clas



Search Ov

Enter topi

# U.S. Agency Sues Regal Theater Chain

Los Angeles Times
By Claire Hoffman
July 05, 2006

A federal agency has sued Regal Entertainment Group, alleging that the nation's largest theater chain ignored the sexual harassment claim of a Marina del Rey projectionist and then retaliated against him for making it. The Equal Employment Opportunity Commission accused the Knoxville, Tenn., company of punishing Jesus Buenrostro after he complained that a female co-worker repeatedly groped him at the Marina del Rey 6 theater.

> It was the company's responsibility to ensure that that this kind of retaliation didn't happen

Buenrostro began work at the complex in 1997 and worked his way up from an usher'd post to the projection booth. But in 2003, the 31-year-old told federal officials, a co-worker began grabbing him while the two worked together in the darkened booth.

After he complained to the general manager, Buenrostro said, she mocked him, cut his hours and then demoted him to the concession stand. The groping continued, and Buenrostro complained to others, he said.

The employment commission alleged in the suit, filed June 29 in U.S. District Court for the Central District of California, that the manager acted with the knowledge and encouragement of Regal's corporate human resources department.

Two other managers, who tried to shield Buenrostro from the retaliation, are also named as plaintiffs in the suit. According to the employment commission, one was fired and the other quit after he felt pressured by upper management.

'It was the company's responsibility to ensure that that this kind of retaliation didn't happen,' commission attorney Anna Y. Park said.

Park said the case was unusual. Although the percentage of sexual harassment cases filed with the commission by men has increased to 15% in 2004 from 9% in 1992, they are rarely cases in which women harass men.

'It was our understanding that there were other victims, but men are more reluctant to complain about sex harassment,' Park said.

Regal has 6,415 screens in 40 states, including 1,175 in California. The chain, controlled by investor Philip Anschutz, operates under the Regal Cinemas, Edwards Theatres and United Artists Theatres banners.

Spokesman Russ Nunley said Regal was 'aware of the issue and we do not comment on issues related to theater personnel.'

Buenrostro continues to work at the theater, and the general manager was moved to another location, according to a theater manager and the employment commission.

The commission's suit is not the first allegation of sexual harassment against Regal.

In 2003, a teenage employee filed a civil suit against Regal and others alleging that she had been sexually harassed, abused and raped by a theater manager in Bryn Mawr, Pa. She said management did nothing to intervene. The case was settled out of court last

**Ads by Goooooogle**

Walker G. Harman, Jr.
**Wrongful discharge, discrimination, harassment. You have legal rights!**
www.theharmanfirm.com

Labor Law Postings
**Purchase required state and federal labor law posters. $12.95 or less**
www.laborlawposter.us

Labor Law Poster
**Requirements for Businesses Labor Law Poster**
www.ToSeekA.com

Labor Law Infomation
**Get instant access to labor law information. Free membership.**
www.hrresource.com

Labor Law Poster
**Searching for labor law posters? See our labor law posters guide.**
Labor-Law-Posters.info



**Post Your Free Classified Ad!**

month. The manager pleaded guilty to several criminal charges and was sentenced to three to six years in prison.

In a suit filed in April, a janitor for a United Artists theater in Anchorage filed an employment discrimination claim against the company, including allegations of sexual harassment. That case is pending.

Copyright © 2006 Los Angeles Times, All Rights Reserved.

Hosted by: Topix.net Publisher Platform (beta)

**Comment on this story**

Type in your comments to post to the forum

Name

Comments

Type the numbers you see in the image on the right:

5169

Post Comment

Please note by clicking on "Post Comment" you acknowledge that you have read the Terms of Service and the comment you are posting is in compliance with such terms. **Be polite.** Inappropriate posts will be removed by the moderator.

**LABOR LAW FORUMS »**

**562** comments in
SW Missouri prosecutor sa
workers ran sex ri...

**2 comments in**
The Knucklehead of the Da
award
"I would expect more from ever
government, regardless of thei
party. Too..." — **Jeff**

**1 comment in**
Perry Ford pays fine in
disrimination suit
"Discrimination in SLO ? Not a
recently I was in a conversatior
VERY Pow..." — **TBJ**

Start a discussion

Site Map | Forum | Local News | Advertise | Newsfeeds | Privacy | Terms of Service | Weblog | Abc

© Copyright 2002-2006 Topix.net. All rights reserved.

h11 elapsed time: 0.541