Exhibits 6

RECEIVED
NOV 0 6 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

This is Google's cache of http://www.verdictsearch.com/jv3_news/feat_ctype/111704/ as retrieved on Oct 30, 2006 13:
Google's cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without highlighting.
This cached page may reference images which are no longer available. Click here for the cached text only.
To link to or bookmark this page, use the following url: http://www.google.com/search?q=cache:zccb_jgItNQJ:www.verdictsearch.com/jv3_news/feat_ctype/111704/+racial+discrimination+cases+regal+cine

*Google is neither affiliated with the authors of this page nor responsible for its content.*

These search terms have been highlighted: **discrimination regal cinemas**
These terms only appear in links pointing to this page: **racial cases**



Counsel Financial
Lending to Litigators
...Just ask
1-800-820-[illegible]30

# VERDICTSEARCH



## HOT SHEET

Me

### Slip and Falls Verdicts & Settlements

Click on case name

| Verdict & Settlement Disposition | Description | Case Name |
|---|---|---|
| $1,000,000 | Woman slipped on puddle of soda in New York's JFK airport terminal; airport claimed it was an open and obvious danger that other passengers saw 100 feet away | **Kaplan v. Delta Airlines Inc.** New York Co., N.Y., Sup. Ct., No. 115083/01 (11/5 |
| $600,000 | Wal-Mart shopper who slipped and fell on vomit claimed store had notice of the hazard because child threw up in front of the cash registers | **Clive v. Wal-Mart Stores Inc.** S.D.Texas, No. B-03-033 (1/16/04) |
| $525,831 | Customer sustained shattered kneecap after slipping on oil from broken snow globe; store manager blamed for abandoning watch to help another shopper | **Trest v. Jo-Ann Stores** Dallas Co., Texas, Ct. Law, No. CC-01-08726-E (1 |
| $315,000 | ~~Theatergoer who fell in lobby claimed that, even though sidewalk had been cleared, other patrons tracked in slush after crossing~~ snowy parking lot | ~~**Trimm v. Regal Cinemas Inc.**~~ Monroe Co., N.Y., Sup. Ct., No. 03/2309 (9/23/04) |
| $145,000 | Woman visiting her son in the emergency room slipped on puddle of water near his bed, breaking her wrist | **Allen v. Carilion Medical Center** Roanoke City, Va., Cir. Ct., No. 015269 (3/24/04) |
| $88,609 | Tenant who sustained a severe knee injury after falling in elevator claimed that janitor mopped but did not post any warnings about the slippery floor | **Conelly v. A.C.T. Janitorial Services Co. Inc.** Broward Co. Fla., Cir. Ct., No. 03-04876 09 (4/6/0 |
| $8,000 | Shopper slipped on liquid detergent in aisle, then slipped again while trying to get up, hitting his head on a shelf | **Roland v. Larry's United Super Inc.** Jackson Co., Mo., Cir. Ct., No. 02-CV-203193 (1/9 |
| Defense | Houseguest claimed she injured knee after falling in patch of mud outside host's driveway, though neighbor who helped her did not see any mud | **Grebiner v. Williams** Allegheny Co., Pa., Ct. C.P., No. GD02-15495 (3/2 |