IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TOMMIE G. PATTERSON,<br><br>                Plaintiff,<br><br>  vs.<br><br>JAMIE VANDERVER, ZACK SHOCK, MONICA LIEBIG/WILLIAMS, CHRIS TAYLOR AND REGAL ENTERTAINMENT,<br><br>                Defendants. | Case No. 3:06-cv-00077-TMB<br><br>O R D E R |

      This is an Employment Discrimination case under Title VII of the Civil Rights Act of 1964. Docket 1. Plaintiff Tommie Patterson had contracts for maintenance at both Fireweed and Totem Theaters in Anchorage, Alaska, both of which are owned by Regal Entertainment. Plaintiff alleges that he was subjected to general, racial and sexual harassment, that his employer tampered with his mail, and that he ultimately was terminated from his employment because of his race. Docket 1.

      Upon consideration of all of the pleadings in this matter, this Court concluded that this case cannot proceed under Title VII, because Plaintiff is not an "employee" of Regal Entertainment, and granted summary judgment in favor of Defendants. The Court found that because Plaintiff is an independent contractor, he simply is not entitled to the protections of Title VII.

      Plaintiff has filed a Motion for Reconsideration, suggesting that he has proof of the inappropriate behavior by Defendants, and disputing this Court's alleged finding that "defendants had the right to abuse plaintiff." Docket 49. This Court has made no such finding, and reiterates that **it has not considered Plaintiff's claims on the merits, because it lacks jurisdiction to do so.**

      Accordingly, the Motion for Reconsideration at Docket 49 is DENIED.

      Dated at Anchorage, Alaska, this 8th day of November, 2006.

                                                            /s/ Timothy Burgess
                                                            Timothy M. Burgess
                                                            United States District Judge