**REGAL ENTERTAINMENT GROUP**

RECEIVED
DEC 0 7 2006
CLERK, U.S. ~~~
ANCHORAGE, ALASKA

**Recurring Vendor Form #1**

Vendor# ᲐJANI774

*Accounts Payable*
Submit form to:   Director of Accounts Payable
7132 Regal Lane
Knoxville, TN 37918
Fax – 865-922-6685

Tax ID#_____

Date Received_____
(For A/P use only)

*Regal Entertainment Group Standing P.O. for Recurring Services and Fees*

Theatre Name: __Totem Theatre__
Theatre Location# __918__   District# __C-8__
TM or DM Ordering Service/s __Zachary K. Sheets__
Vendor Name: __Tommy Patterson – DBA Hands On Janitory__
Payment Address: __401 East 45th Avenue #1__
City __Anchorage__   State __AK__   Zip __99503__

Account Payable is authorized to pay the rate of
$ __692.31__ +Tax$ __Ø__ =$Total __692.31__
at __Weekly__ (weekly, bi-weekly, or monthly) intervals beginning
on __November 6, 2005__ and ending on __until notified__ to the vendor
   (date of first day of service)         (date last payment will be due; or "until notified")
named above for recurring services.

Account to be charge: __02-918__

Multiple theatre allocation:   Theater#   $Amount of Allocation   $Tax Amount   $Total Amount

11-6 - 11-10
$494.50

RECEIVED
DEC - 1 2005
REGAL ENTERTAINMENT GROUP
ACCOUNTING DEPARTMENT

(Use additional sheet if more theater allocations are required)

Note:
- A copy of the signed "General Agreement for Payment and Invoice Process of Standing P.O." (Form#2) with the vendor MUST be submitted with this form before payments will begin.
- Payments will begin with the first check run following the date shown in the "date of first day of service" line above. The payments will then follow the rate and frequency noted above unless otherwise notified in writing by the theatre or district.
- Accounts Payable must be notified in writing (Form#3) to discontinue or change payments to this vendor. Unless otherwise notified, Accounts Payable will continue making payments at the rate and frequency noted above, which will be allocated to the department/theatre P/L's.
- ALL FORMS MUST HAVE RVP APPROVAL BEFORE A/P WILL PROCESS ANY PAYMENTS.

APPROVALS:
Theatre Manager_____   Date_____
District Manager_____   Date __11/30/05__
Other_____   Date_____
Director_____   Date __12/01/05__
RVP_____   Date_____

RC - 0001