RECEIVED DEC 07 2006 CLERK, U.S. ... ANCHORAGE, ALASKA

**REGAL ENTERTAINMENT GROUP**

**Recurring Vendor Form #2**          Vendor#_____

*Accounts Payable*                     Tax ID#_____
Submit form to:  Director of Accounts Payable
                 7132 Regal Lane        Date Received_____
                 Knoxville, TN 37918    (For A/P use only)
                 Fax – 865-922-6685

*Regal Entertainment Group Agreement for payment and invoice process of standing P.O.*

Regal Cinemas/United Artists ("the Company") agrees to pay ___Tim P Patten DBA Hamilton Janitorial___ (the "Vendor") the amount of $ __692.31__ at __Weekly__ intervals for
(frequency of payments – weekly, biweekly, monthly)
services referred to here but described under a separate agreement between the Company and the vendor. The services and fees referred to have been predetermined and agreed to, and recurring on a regular basis. This agreement is only for the purpose of showing an agreement between the Company and the vendor as to the amount and frequency of payments. By doing so, the Company agrees to make payments represented here without receipt of invoice and vendor agrees to accept payment on these terms. This is NOT a contract for services and does not replace or negate any agreement for services.

Note:
- This is **not** a contract for services and does not replace or negate any existing contract or agreement.
- Services and fees for which this agreement relates have been agreed to prior to signing this agreement.
- The services represented here have been predetermined and remain the same, the fee is predetermined and remains the same and are provided on a regular recurring basis. At such time that the services or fee change, a new agreement must be signed.
- Weekly payments are defines as follows: The Company's payment week is from Friday to Thursday. Payments under "weekly frequency" will be made on the first payable check run following Thursday. Payments for any portion of a payment week where services have not been provided from Friday through Thursday will be prorated.
- Monthly payments are defines as follows: The Company's payment month ends on the last day of the calendar month. Payments under "monthly frequency" will be made on the first payable check run following the last day of the month. Payments for any portion of a payment month where services have not been provided for the entire month will be prorated.
- Vendor **will not** provide an invoice to receive payment for service covered under this agreement. Any other or additional services must have an invoice submitted to receive payment.
- Vendor will only hire employees that are eligible to work in the United States and will examine all the pertinent documents that validate their employees' eligibility to work in the United States. Also, the Vendor will fully comply with State and Federal Laws.
- Vendor will maintain general liability and workers' compensation coverage.
- By signing this agreement, The Company and vendor have read this document and agree to the terms as shown.

RECEIVED DEC - 1 2005

REGAL ENTERTAINMENT GROUP              VENDOR
By ___[signature]___                   By ___[signature]___
Title ___District Manager___           Printed Name ___Nando On___
Date ___11-30-05___                    Title ___Owner___
Theatre Location ___02-918___          Date ___11-30-05___        RC - 0002
District ___C-3___