UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
DEC 12 2006
FILED _____
DOCKETED _____
DATE    INITIAL

**CASE INFORMATION:**
Short Case Title: <u>Patterson v. Vandever</u>
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: <u>Timothy M. Burgess, 3:06-cv-00077-TMB</u>
Date Complaint/Indictment/Petition Filed: <u>4/10/2006</u>
Date Appealed Order/Judgment *entered*: <u>11/3/2006</u>
Date NOA *filed*: <u>12/7/2006</u>
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)    __pending

(06-36078)

Court Reporter(s) Name and Phone Number: __

Magistrate Judge's Order?  If so, please attach.
_____

RECEIVED
DEC 26 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**FEE INFORMATION:**
Date Docket Fee paid: __    Date Docket Fee billed: __
Date FP granted: _____    Date FP denied: __
Is FP pending? <u>No</u> yes/no    Was FP Limited/Revoked?
US Government Appeal?    <u>No</u> yes/no
Companion Cases?  Please list: __

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                    Appellee Counsel:
Tommie G. Patterson, Pro Se           Randall G. Simpson
401 East 45th Ave., #1                Jermain Dunnagan & Owens
Anchorage, AK 99503                   3000 A Street, Ste 300
907-245-3030                          Anchorage, AK 99501
                                      907-563-8844
                                      Fax: 907-563-7322
                                      Email: rsimpson@jdolaw.com

__retained    __CJA    __FPD    __FPD    __Other    Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: _____  Address: __
Custody: __
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __    9th Circuit Docket Number: __

Name and phone number of person completing this form:  <u>Elisa Singleton</u>
                                                        <u>907-677-6105</u>