```
                UNITED STATES COURT OF APPEALS
                     FOR THE NINTH CIRCUIT
```

TOMMIE G. PATTERSON        ) Case No.:
                           )
        Plaintiff,         )   A06-0077 CV (TMB)
                           )
    vs.                    )
                           )
,JAMIE VANDIVER ET.AL      )
                           )
        Defendant          )
_____)

**RECEIVED DEC 2 6 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA**

## MOTION FOR APPEAL

   COMES NOW PLAINTIFF BY WAY OF MOTION ASKING THIS COURT TO GRANT HIS MOTION OF APPEAL. FOR THE FOLLOWING REASONS.

**POINTS;**

1. PLAINTIFF WAS HIRED BY ZACK SHEETS AS A JANITOR FOR REGAL ENTERTAINMENT.
2. JUDGE BURGESS SAID THAT TITLE V11 OF THE CIVIL RIGHTS ACT DOES NOT PROTECT PLAINTIFF FROM RACIAL JOB DISCRIMINATION.
3. TITLE V11 DOES NOT PROTECT PLAINTIFF FROM SEXUAL HARRESSMENT ON THE JOB.

[**Summary of pleading**] - 1

```
 1
 2    4. TITLE V11 DOES NOT PROTECT PLAINTIFF FROM RACIAL
 3       HATE , BY BEING CALLED A NIGGER.
 4    5. JUDGE TIMOTHY BURGESS SAID TITLE V11 DOES NOT
 5       PROTECT PLAINTIFF FROM A WHITE SUPERVISOR
 6       OPENING PLAINTIFFS PERSONAL MAIL.
 7    6. JUDGE BURGESS RULED THAT TITLE V11 DOES NOT
 8       NOT PROTECT PLAINTIFF FROM RACIAL HATE BY HIS
 9       EQUIPMENT BEING DESTROYED.
10    7. CONFLICT OF INTEREST JUDGE BURGESS WAS ADVISOR
11       IN THE ATTORNEY GENERALS OFFICE WHERE HE HAD
12       DIRECT KNOWLEDGE OF PLAINTIFFS CASES.
13
14                      RESPECTFULLY SUBMITTED
15                      TOMMIE G. PATTERSON
16                      [signature: Tommie Patterson]
17                      ------------------------------
18                      401 EAST 45TH. AVENUE #1
19                      ANCHORAGE ALASKA 99503
20                      MONDAY DECEMBER 9, 2006
21
22
23
24
25
```

[**Summary of pleading**] - 2