**FILED**

MAR 15 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| TOMMIE G. PATTERSON, | No. 06-36078 |
|---|---|
| Plaintiff - Appellant, | D.C. No. CV-06-00077-TMB |
| v. | District of Alaska, Anchorage |
| JAMIE VANDERVER; et al., | ORDER |
| Defendants - Appellees. | |

RECEIVED

MAR 19 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before: CANBY and FISHER, Circuit Judges.

The motion to proceed in forma pauperis is granted. The Clerk shall amend the docket to reflect this status.

The Clerk shall file the opening brief received February 1, 2007. The answering brief is due April 16, 2007; and the optional reply brief is due within 14 days after service of the answering brief.

S:\MOATT\Panelord\3.12.07\orders\snr2\06-36078.wpd