**FILED**

JAN 2 3 2008

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TOMMIE G. PATTERSON, | No. 06-36078 |
| Plaintiff - Appellant, | D.C. No. CV-06-00077-A-TMB<br>District of Alaska |
| v. | (Anchorage) |
| JAMIE VANDERVER; et al., | ORDER |
| Defendants - Appellees. | |

**RECEIVED**

JAN 2 8 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges

The motion to extend time to file a petition for rehearing is granted.

Appellant shall file the petition for rehearing within 45 days of the date of this order.