**FILED**

APR 21 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TOMMIE G. PATTERSON,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>JAMIE VANDERVER; et al.,<br><br>    Defendants - Appellees. | No. 06-36078<br><br>D.C. No. CV-06-00077-A-TMB<br>District of Alaska<br>(Anchorage)<br><br>ORDER |

**RECEIVED**

APR 2 4 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges

The order filed April 16, 2008, is vacated.