**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 20 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TOMMIE G. PATTERSON, | No. 06-36078 |
| Plaintiff - Appellant, | D.C. No. CV-06-00077-A-TMB<br>District of Alaska<br>(Anchorage) |
| v. | |
| JAMIE VANDERVER; et al., | ORDER |
| Defendants - Appellees. | |

RECEIVED MAY 23 2008 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

Before:  GOODWIN, WALLACE, and FISHER, Circuit Judges

The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. *See* Fed. R. App. P. 35.

The petition for rehearing en banc is denied.

No further filings will be accepted in this closed case.

/Research