UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 28 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| TOMMIE G. PATTERSON,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>JAMIE VANDERVER; ZACK SHOCK; MONICA LIEBIG WILLIAMS; CHRIS TAYLOR; REGAL ENTERTAINMENT,<br><br>Defendants - Appellees. | No. 06-36078<br>D.C. No. CV-06-00077-A-TMB<br>District of Alaska, Anchorage<br><br>**MANDATE** |

RECEIVED
JUN 0 2 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

The judgment of this Court, entered 12/12/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Lee-Ann Collins
Deputy Clerk

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAY 28 2008

by: _____
Deputy Clerk